1 | Steven T. Gubner - Bar No. 156593
Richard D. Burstein - Bar No. 56661
2 | Corey R. Weber - Bar No. 205912
EZRA BRUTZKUS GUBNER LLP
3 | 21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
4 | Telephone: 818.827.9000
Facsimile: 818.827.9099
5 | Email:    sgubner@ebg-law.com
rburstein@ebg-law.com
6 | cweber@ebg-law.com

7 | Attorneys for David Seror, Chapter 7 Trustee

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO VALLEY DIVISION**

10 |

11 | In re | Case No. 1:08-bk-14339 MT

12 | AUTOMATED FINANCE CORPORATION fka AUTOMATED | Involuntary Chapter 7

13 | FINANCIAL, LLC, dba Out of BK.com; dba 520debt.com; dba Calabasas Financial | **NOTICE OF MOTION OF CHAPTER 7 TRUSTEE FOR ORDER APPROVING**

14 | Center Mortgages; dba FHA1FHA.com, | **SETTLEMENT AGREEMENTS**

15 |

16 | Debtor. | **(no hearing required pursuant to Local Bankruptcy Rule 9013-1(o)(1))**

17 |

18 | **TO THE HONORABLE MAUREEN TIGHE, UNITED STATES BANKRUPTCY JUDGE,**

19 | **AND TO ALL INTERESTED PARTIES:**

20 | David Seror, the chapter 7 trustee (the "Trustee") of the bankruptcy estate of Automated

21 | Finance Corporation (the "Debtor"), hereby moves the Court for entry of an order approving (1)

22 | the settlement agreement between the Trustee and International City Bank (the "ICB

23 | Agreement"), and (2) the settlement agreement among the Trustee, InSouth Bank, and InSouth

24 | Funding (the "InSouth Agreement", collectively with the ICB Agreement, the "Agreements"),

25 | pursuant to Federal Rule of Bankruptcy Procedure 9019.

26 | ICB Agreement

27 | The ICB Agreement concerns the resolution of rights to funds held in the Debtor's CD

28 |

1

account #105623 (the "CD Account"). International City Bank ("ICB") asserts a perfected

security interest in the funds held in the CD Account.  The Trustee contends that the granting of

the security interest to ICB qualifies as a fraudulent transfer that is avoidable by the Trustee for

the benefit of Debtor's estate (the "Estate").  The pertinent terms of the ICB Agreement are as

follows:

1.    The ICB Agreement is subject to Court approval;
2.    ICB will pay $25,000.00 to the Trustee (the "ICB Payment");
3.    The Trustee will release ICB of all claims the Estate has held, now holds, or
      hereafter may hold against ICB, including, but not limited to, all claims under 11
      U.S.C. § 544, 545, 547, 548, 550, and 553;
4.    ICB will release the Trustee of all claims ICB has held, now holds, or hereafter
      may hold against the Trustee;
5.    ICB will be granted relief from the automatic stay to exercise its rights and
      remedies pursuant to the terms of that certain Assignment Agreement, as specified
      in further detail in the ICB Agreement.

### InSouth Agreement

The InSouth Agreement concerns the resolution of rights to funds held in the Debtor's

account with InSouth Bank (the "InSouth Account").  InSouth Funding asserted a perfected

security interest in the funds held in the InSouth Account and exercised its asserted rights by

directing InSouth Bank to transfer funds in the InSouth Account to InSouth Funding.  The Trustee

contends that InSouth Funding did not perfect its security interest in the InSouth Account, that the

transfer of the funds was a violation of the automatic stay, and that, as a result, the transfer of the

funds from the InSouth Account to InSouth Funding was void and recoverable by the Estate.

InSouth asserts that it was fully secured in the funds and would remain so even if it momentarily

had to return the funds to the estate.  The pertinent terms of the InSouth Agreement are as

follows:

1.    The InSouth Agreement is subject to Court approval;
2.    InSouth Funding will pay $5,000.00 to the Trustee (the "InSouth Payment");
3.    The Trustee will release InSouth Funding of all claims the Estate has held, now
      holds, or hereafter may hold against InSouth Funding, including, but not limited
      to, all claims under 11 U.S.C. § 544, 545, 547, 548, 550, and 553;
4.    InSouth Funding will release the Trustee of all claims InSouth Funding has held,
      now holds, or hereafter may hold against the Trustee;

2

5.    InSouth will be granted relief from the automatic stay, *nunc pro tunc* to June 26, 2008, to exercise its rights and remedies pursuant to the terms of those certain Loan Documents, as specified in further detail in the InSouth Agreement.

The Agreements are fair and reasonable as they will provide the estate with a significant recovery, minimize administrative expense, and reduce the hardship to the Debtor. The Agreements were entered into in good faith and negotiated at arms length. The Trustee, in order to prevail on his claims on the ICB transfer, might have to contend, arguably contrary to public positions he has taken previously, that there is a separateness between the Debtor, Nurit Petri, Mitchell Stewart and their other entities. This could raise legal and evidentiary bars to such claims. As to the InSouth claim, succeeding here might well result only in InSouth's momentary return of money to its account in the Debtor's name, in which it would continue to be fully secured.

The Motion is based upon this Notice and a separate Notice of Motion and Motion, Memorandum of Points and Authorities, and the Declaration of David Seror, as well as such other and further grounds as may be properly presented to the Court. Complete copies of the Agreements are appended to the Declaration of David Seror. Any person desiring copies of the aforedescribed papers may request them by contacting the counsel for the Trustee at the address set forth at the top of this Notice.

PLEASE TAKE FURTHER NOTICE that pursuant to Local Bankruptcy Rule 9013-1(o) any person who opposes this Motion must file with the Court and serve upon the Trustee at the address set forth above a response and request for hearing no later than fifteen (15) days from the date of service of this Notice. Any party who fails to file a response and request for hearing as set forth above may be deemed by the Court to have consented to the granting of the requested relief without a hearing.

Dated:  June 29, 2009

EZRA BRUTZKUS GUBNER LLP

By: _____
Richard D. Burstein
Attorneys for Chapter 7 Trustee, David Seror

3

| In re: AUTOMATED FINANCE CORPORATION fka AUTOMATED FINANCIAL, LLC, dba Out of BK.com; dba 520debt.com; dba Calabasas Financial Center Mortgages; dba FHA1FHA.com, <br> Debtor(s). | CHAPTER 7 <br><br> CASE NUMBER 1:08-bk-14339-MT |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

The foregoing document described **NOTICE OF MOTION OF CHAPTER 7 TRUSTEE FOR ORDER APPROVING SETTLEMENT AGREEMENTS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 29, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On June 29, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 29, 2009 | Jennifer Long | *signature* |
|---|---|---|
| Date | Type Name | Signature |

| In re: AUTOMATED FINANCE CORPORATION fka AUTOMATED FINANCIAL, LLC, dba Out of BK.com; dba 520debt.com; dba Calabasas Financial Center Mortgages; dba FHA1FHA.com, Debtor(s). | CHAPTER 7 CASE NUMBER 1:08-bk-14339-MT |
|---|---|

### I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- Bernard D Bollinger    bbollinger@buchalter.com,
  IFS_filing@buchalter.com;smartin@buchalter.com
- Jeffrey W Broker    jbroker@brokerlaw.biz
- Donna L La Porte    vcorbin@wrightlegal.net, gtran@wrightlegal.net
- Elmer D Martin    elmermartin@msn.com
- Aron M Oliner    roliner@duanemorris.com
- George E Schulman    GSchulman@DGDK.Com
- David Seror    kpscion@ecjlaw.com, dseror@ecf.epiqsystems.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

### II. SERVED BY U.S. MAIL

| | |
|---|---|
| Presiding Judge<br>Honorable Maureen M. Tighe<br>U.S. Bankruptcy Court<br>21041 Burbank Boulevard, Suite 325<br>Woodland Hills, CA 91367 | |
| Request for Special Notice<br>Attys for Claimant/Secured Cred. East West Bank<br>Curtis C. Jung, Esq., Clifford P. Jung, Esq.<br>Monica H. Lin, Esq.<br>Jung & Yuen, LLP<br>888 South Figueroa Street, Suite 720<br>Los Angeles, CA 90017 | Request for Special Notice<br>Attorneys for Creditors<br>Jean-Jacques Dalpe, Genevieve L. Dalpe<br>Paula E. Meyer, Esq.<br>Paula E. Meyer & Associates APC<br>730 E. Chapman Avenue<br>Orange, CA 92866 |
| Request for Special Notice<br>Attorneys for American Nat'l Insurance Company<br>Alfred M. Clark, Esq.<br>Brandon J. Witkow, Esq.<br>Amber L. Harley, Esq.<br>Locke Lord Bissell & Liddell LLP<br>300 South Grand Avenue, Suite 800<br>Los Angeles, CA 90071 | Request for Special Notice<br>Attorneys for Clear Channel Broadcasting, Inc.<br>and Emmis Radio LLC<br>Allan Herzlich, Esq.<br>Marta Peczat, Esq.<br>Herzlich & Blum, LLP<br>15760 Ventura Blvd., Suite 2024<br>Encino, CA 91436-3095 |

**CREDITORS DOCUMENT VIA FIRST CLASS MAIL**

Bartholomew & Associates, INC. MPP
211 Red Rock Road
Boulder City, NV 89005

Beverly Esmael
10257 Lake Summit Dr.
Moreno Valley, CA 92557

Bibiana Arevalo
604 E. Rosewood Ct.
Ontario CA 91764

Daneth and Gloria Mcneese
835 Jewel Dr.
Roseburg, OR 97470

Gayle Fekete
1010 Sycamore Ave.
S. Pasadena, CA 91030

Hector and Rebecca Villegas
807 Pepperdine Ln.
Claremont, CA 91711

Jack Dalpe
7061 East Country Club Lane
Anaheim Hills, CA 92807

Martha Edmondson & Donna Foster
3849 Arvidson Rd.
Chino, CA 91710

Michael Fennell
PO Box 511
Huntington Beach, CA 92648

Pamela Johnson
100 gilbert Dr.
Applegate, CA 95703

Michael J. Pagenkop
13240 Tierra Canyon Drive
Moreno Valley, CA 92553

Michael Lee
515 W. Cocoa Ave
Compton, CA 90220

Sharon Love
9422 Litchfield Dr.
Huntington Beach, CA 92646

Shirley Oda
11606 Buford St.
Cerritos, CA 90703

Ramon and Christine Granado
5803 Strawberry Place
Chino, CA 91710

Timothy D. Callahan & Bonnie S.
Callahan
3771 Alzada Rd.
Altadena, CA 91001-3801

NETWORK DEVELOPMENT
22969 PCH
MALIBU, CA 90265

734 12th St./Ria Ray
Ria Ray, Inc. 734 12th Street
Santa Monica, CA 90804

AGOSTINI/ TEEVAN, EMILY
754 Agostini Circle
Folsom, CA 95630

AGOSTINI/KAIM,MICHELLE
754 AGOSTINI CIRCLE
FOLSON CA 95630

AGOSTINI/Woods, Edward
754 Agostini Circle
Folsom, CA 95630

BADGER PASS/ TABAMINA, ZINA
1873 BADGER PASS
ANTIOCH, CA 94531

BADGER PASS/Dorsey, Stephanie
1873 Badger Pass Way
Antioch, CA 94531

Andrew Gottlieb
16633 Ventura Blvd., Suite 1450
Encino, CA 91436

BADGER PASS/Wolfe, Karen
1873 Badger Pass Way
Antioch, CA 94531

BAK-2/PILON,MICA
11304 HUSTON ST
N. HOLLYWOOD, CA 91601

Bak-2/Warner, Michael
11304 Huston St.
West Toluca Lake, CA 91601

BAKER PL/ BOWDEN, ALYSON
1905 BAKER PL
SAN JOSE CA 95131

BAKER PL/ Lockwood, Bryan
1905 Baker Place
San Jose, CA 95131

BAKMAN-11304/Saunders, Victoria
11304 Huston Street
North Hollywood, CA 91601

BAKMAN-11306/Troutwine, Chad
11306 Huston Street
North Hollywood, CA 91601

BAKMAN-PARKHURST,CLARK
4865 BAKMAN AVE
NORTH HOLLYWOOD CA 91601

bakman,306/diaz-reixa,paula
11306 Huston Street
North Hollywood, CA 91601

BAKMAN/BERALDO,DANIEL
11304 HUSTON ST
NORTH HOLLYWOOD. CA 91601

BAKMAN4865/MORALES,MARIO
4865 BAKMAN AVE
N. HOLLYWOOD, CA 91601

BOLIVAR/BUTLER, HENRY
4329 BOLIVAR RD.
WOODLAND HILLS, CA 91364

BON-2/REYES, RUTH
5534 BONNER #2
NORTH HOLLYWOOD, CA 91602

BON-3/ Sims, Hazel
5534 Bonner Ave. #3
North  Hollywood, CA  91602

Bur-1/jongrattanadee, Nipar
14153 Burbank Blvd
Valley Glen, CA 91401

BUR-1/Viveros-Hoek, Alexandra
14151 Burbank Blvd., #1
Van Nuys, CA  91401

BUR-2/Delacruz, Norma
14151 1/2 Burbank Blvd.
Van NUys, CA  91401

BUR-3/GOMEZ, LARRY
14151 BURBANK BLVD. VALLEY
GLEN, CA 91401

CAHUENGA/MICHALSON,DAVID
David Michaelson 2138 N. Cahuenga
Blvd
Los Angeles, CA  90068

A/MILLARD,GRACE
GRACE MILLARD 24106
CALABASAS RD#A CALABASAS,
CA 91302

BUR-3/Theodore, Aaron
14151 Burbank Blvd., #3
Van Nuys, CA  91401

CAHUENGA-
1/2/IKEDA,KIMBERLY &
ROBERTSON,
2138 1/2 N. Cahuenga Blvd.
Los Angeles, CA  90068

CAHUENGA-A/ ASHKENAZI, RAFI
2138 N. Cahuenga Blvd., #A
Los Angeles, CA  90068

CAHUENGA-B/ SCHWAB, KYLE
KYLE SCHWAB 2138 CAHUNGA
HOLLYWOOD, CA  90068

B/LIBERMAN,LLOYD
LLOYD LIBERMAN 24106
CALABASAS RD # B CALABASAS,
CA 91302

CHAGALLI/Haines, Robert
Robert Haines 21431 Chagall Road
Topanga, CA 90290

CALABASAS RD-D/Becerra, Jacob
Jacob Becerra 24106 Calabasas Road,
Unit D
Calabasas, CA  91302

CALABASAS RD-D/KALAFAYAN,
MATT
MATT KALAFAYAN
24106 CALABASAS RD #D
CALABASAS, CA 91302

CALABASAS RD-D/Verena Sichert
Verena Sichert
24106 Calabasas Road, Unit D
Calabasas, CA  91302

CALABASAS RD/VISTA MEDIA
GROUP INC
VISTA MEDIA GROUP
14400 FIRESSTONE BLVD
LA MIRADA, CA 90638

Calabasas Road/Fitness Together
24100 Calabasas Road
Calabasas, CA  91302

CHAGALL/Beck, Kelly
Kelly Beck
21431 Chagall Road
Topanga, CA  90290

CHAGALL/Plise, Steven
Steven R. Plise 21431 Chagall Road
Topanga, CA  90290

COACH HOUSE-BURRITO
EXPRESS
CELSO REYES
6626 PICASSO RD # 16
GOLETA, CA  92117

COL-3/Bradge, Victoria
Victoria Bradge 5428 Colfax Ave.#3
North Hollywood, CA 91601

COL-3/SEYMOUR CRYSTAL
CRYSTAL L SEYMOUR
5428 COLFAX AVE
N. HOLLYWOOD CA  91601

**CREDITORS - SERVED VIA FIRST CLASS MAIL**

COL-5/BUDENAU,ROXANNA
ROXANNA BUDENAU
5428 COLFAX AVE#5
N.HOLLYWOOD, CA 91601

DRAKE/Jefferson, Ralph
Mr. Ralph Jefferson
117 Drake Court Vallejo, CA  94591

First Bank of Beverly Hills
23901 Calabasas Road Suite 1050
Calabasas, CA 91302

Franklin-A/Cole, Kimberly
Kimberly Cole
739 W. Franklin Street, #A Monterey,
CA  93940

Flynn/Greg Barter
Greg & Jennifer Barter
18032 Flynn Drive, #5404
Canyon Country, CA  91387

Franklin-A/Dow, Joseph
739 West Franklin Street, Unit A
Monterey, CA  93940

FRANKLIN-B/ BARNES, RENEE
RENEE BARNES
739 W. FRANKLIN #B MONTEREY
CA

Franklin-B/Selby, Richard
Richard Selby
739 W. Franklin Street
Monterey, CA  93940

Freelance Enterprises, Inc.
Freelance Enterprises, Inc.
3747 East Thousand Oaks Blvd.
Westlake Village, CA  91362

HS TECH, INC DBA PACIFIC
COMPUTERS
26500 AGOURA RD. #108
CALABASAS CA 91302

HAZ-1/Shelley, Ken
Ken Shelley
5622 Hazeltine Ave
Valley Glen, CA 91401

HAZ-2, Anderson, Micki
Micki Anderson
5622 1/2 Hazeltine Avenue
Van Nuys, CA  91401

HAZ-2, Dunn, Karen
Karen Dunn
5622 Hazeltine Avenue, #2
Van Nuys, CA  91401

HAZ-2/REESE,JANNETTA
JANNETTA B REESE
5622 1/2 HAZELTINE
VALLEY GLEN, CA 91401

Haz-3/Brignac,Nicole
Nicole Brignac
5624 Hazeltine Ave
Valley Glen, CA 91401

HAZELTINE
5616/BERGMANN,RYAN
Ryan Bergman
5616 Hazeltine Ave.
Valley Glen, CA  90401

HAZELWOOD/French, Donna
Ms. Donna French
3221 Hazelwood Street
Vallejo, CA  94591

KIMBERLY IKEDA
2138 N. CAHUENGA BLVD
LOS ANGELES CA 90068

KLU-1/FARACI, DEREK
DEREK FARACI
5509 Klump Ave. #1
North Hollywood, CA  91601

KLU-2/Saucedo, Micha
Micha Saucedo
5509 Klump #2

KLU-4/Morales, Hugo
Hugo Morales
5509 Klump Ave. #5
N. Hollywood, CA 91601

LOCUST DR/BRITTAIN,
JULIE&MARK
MARK & JULIE BRITTAIN
1575 LOCUST DR.
TRACY  CA 95376

LAMBORGHINI, COITO, JOHN
JOHN COITO
3705 LAMBORGHINI LN
MODESTO, CA 95356

LAMBORGHINI/GOMEZ, JUAN
JUAN GOMEZ
3705 LAMBOGHINI
MODESTO CA  95356

LOCUST DR/Marquez, Manuel
Manuel Marquez
1575 Locust Drive
Tracy, CA  95376

MARK & JULIE BRITAIN
2661 SEQUOIA TERRACE
PALM HARBOR, FL 34683

Micki Anderson
19420 Calvert Street
Tarzana, CA  91335

NEVADA/Berberian, Jirair
Jirair Berberian
7230 Bellaire Avenue
North Hollywood, CA  91605

OTC-A/First City Funding
3840 Old Topanga Canyon Rd. #A
Calabasas, CA  91302

OTC-D/Mrs. Cleaners
Mrs. Cleaners
3840 OLD TOPANGA CYN RD#D
CALABASAS,CA 91302

OTC-C/ NEXTEL
NEXTEL
3840 Old Topanga Cyn Rd, STE C
CALABASAS CA 91302

OTC-C1/SHINY NAILS
KEVIN PHAM SHINY NAILS 3840
OLD TOPANGA CYN RD G
CALABASAS CA 91302

OTC-E/First City
Otc-E/First City
3840 Old Topanga Canyon Rd., #E
Calabasas, CA 91302

Ots-4/Bushey, Danielle
Danielle Bushey
11004 Otsego St #4
N. Hollywood, ca 9

OTS-5/AGRAZ,ARMANDO
Armando Agraz
11004 Otsego St., #5
North Hollywood, CA 91601

OTS-7/FOSTER,ERIK
ERIK FOSTER/MARCUS MCNEIL
11004 OTSEGO ST. #7
N. HOLLYWOOD, CA 91601

PCH-101/JOHNNIES PIZZA
Progressive Pizza Trends Inc.
2049 Century Park East Lobby
LEVEL B
LOS ANGELES, CA 90067

OTS-6/BUTTS, NRACA
NRACA BUTTS
11004 OTSEGO ST #6
NORTH HOLLYWOOD, CA 91601

PCH-101A/THAI DISH
THAI DISH MONTREE KUMTONG
22333 PACIFIC COAST HWY STE.
101A
MALIBU, CA 90265

PCH-101B/MAGIC NAILS
MAGIC NAILS LUONG HOANG
22333 PACIFIC COAST HWY STE
B&C MALIBU, CA 90265

PCH-101/THAI DISHES PIZZA
Uncle John's Pizza
22333 Pacific Coast Highway, #1-4
Malibu, CA 90265

PCH-102/PCH COLLECTIVE
STANLEY ZAHN
22333 PACIFIC COAST HWY #102
MALIBU CA 90265

PCH-102A/CLASSIC TATTOO
Joseph Leogrande
28128 Pacific Coast Hwy., #211
Malibu, CA 90265

PCH-102B/BLINDS FOR TODAY
STEVE ALLEN
22333 PACIFIC COAST HWY STE
102B
MALIBU, CA 90265

RAINBOW CLEANERS
22333 PACIFIC COAST HWY STE
103
MALIBU, CA 90265

PCH-105/DEMENTIA
DEMENTIA RICHARD P.
MELOGRANO
21804 VENTURA BLVD
WOODLAND HILLS, CA 91364

PCH-108/CHINA DEN
CHINA DEN PING YAN NG 22333
PACIFIC COAST HWY STE 108
MALIBU, CA 90265

PCH-200/PILATES, KRIEFF
CARROLL
Malibu Pilates Carroll Krieff
11870 Beach Club Way
Malibu, CA 90265

PCH-202/VIVID CANDI
VIVID CANDI Chris Wizner
P.O. Box 6426
Malibu, CA 90264

MALIBU HAIR EXTENTIONS
PAMELA G BLAIR
22333 PACIFIC COAST HWY STE.
208
MALIBU, CA 90265

PCH-205/DOLLAR DRIVING
Dollar Driving School Robert J. Stahl
22311 Ventura Blvd., #119 Woodland
Hills, CA 91364

PCH-203/MONEY HOUSE
MONEY HOUSE Mary E Morton
22333 Pacific Coast Highway, #203
Malibu, CA 90265

MALIBU SANDS REAL ESTATE
NURIT PETRI
22333 PACIFIC COAST HWY #204
MALIBU, CA 90265

MALIBU YOGA JAMES
HANRAHAN
22333 PACIFIC COAST HWY STE
210
MALIBU, CA 90265

PCH-206/LARI'S HAIRWORKS
Lari's Hairworks Lari Bright
22333 Pacific Coast Hwy. #206
Malibu, CA 90265

PCH-207/MALIBU SHUTTLE
MALIBU SHUTTLE
22333 PACIFIC COAST HWY #207
MALIBU, CA 90265

PCH-214/MALIBU CONNECTIONS
MALIBU CONNECTIONS
22333 Pacific Coast Hwy STE. 214
MALIBU, CA 90265

PCH-214/MALIBU GROOMING
22333 Pacific Coast Highway, #214
Malibu, CA 90265

SOUTHWEST ENGINEERING, INC.
JOSEPH SAGATI
22333 Pacific Coast Hwy STE 216
MALIBU, CA 90265

PCH-218/DE CARA ENTERPRISES
De Cara Enterprises Lisa DiAmbrosio
23852 Pacific Coast Highway, #793
Malibu, CA  90265

PCH-BAER, VIVIAN
BAER ESSENTIALS VIVIAN BAER
24801 ROTUNDE MESA RD
MALIBU, CA 90265

PCH-C/THAI DISH
THAI DISH MONTREE KUMTONG
22333 PACIFIC COAST HWY STE C
MALIBU, CA 90265 CAM

ROSECRANS-1/Chris Delany
Chris Delany
225 Rosecrans Avenue, Unit 1
Manhattan Beach, CA  90266

ROSECRANS-1/Jin, Michelle
Michelle Jin
225 Rosecrans Avenue, #1 Manhattan
Beach, CA  90266

Peter Holmes
Peter Holmes
150 Casentini St., Apt. #C
Salinas, CA  93907

ROSECRANS-2/Junji Hartlow
Junji Hartlow
225 Rosecrans Avenue, Unit 2
Manhattan Beach, CA  90266

ROSECRANS-2/Parsons, Trevor
Trevor Parsons
225 Rosecrans Avenue, #2 Manhattan
Beach, CA  90266

ROSECRANS-3/DUNWORTH,
MARY/KELLY SUTTON
225 ROSECRANS AVE #3
MANHATTAN BEACH CA  90266

ROSECRANS-3/Kristen Brumfield
Kristen Brumfield
225 Rosecrans Avenue, Unit 3
Manhattan Beach, CA  90266

ROSWELL/Trainer, Kenneth
Kenneth Trainer
11708 Roswell Avenue
Chino, CA  91710

Sabotage- Spot
Milano Design
23679 Calabasas Rd.
Calabasas, CA 91302

SAT-5236/SHANT, JORDAN
JORDAN SHANT
5236 SATSUMA
N. HOLLYWOOD, CA 91601

State Parking Management, Inc. 14152
Aetna Street
Van Nuys, CA  91401

SUGARCREEK/Collard, Jeff
Jeff Collard
5316 Sugar Creek Lane
Salida, CA  95356

SUGARCREEK/GARZA,SHELLY
SHELLEY GARZA
5316 SUGARCREEK LN
SALIDA CA  95356

SW-1/HUCKEL, JOHN
JOHN HUCKEL
15760 SHERMAN WAY #1
VAN NUYS, CA 91406

SW-4/Syrup, Jennifer
Jennifer Syrup
15760 Sherman Way #4
Van Nuys, CA 91406

TIAR-1/Velazquez, Noemi
Noemi Velazquez
11479 1/2 Tiara Street, #1
North Hollywood, CA  91601

Tiar-2/Ameden, Loraina
Loraina F. Ameden
11479 Tiara Street, #2
North Hollywood, CA  91601

TIAR-3/Felix, Dolores
Dolores Felix
11479 Tiara Street, #3
North Hollywood, CA  91601

tiara-4/ dempsey, richard
Richard Dempsey
11479 Tiara Street, #4
North Hollywood, CA  91601

Francisco Gutierrez
7710 Kyle St
Tujunga, CA 91042

Jeffrey Henderson
2702 San Francisco Ave
Long Beach, CA 90806 CA 90806

CALIFORNIA NATIONAL BANK
23642 Calabasas Road
Calabasas, CA 91302

Chung and Nikki Dang
13192 Cortina
Tustin , CA 92782

City National Bank
5601 East Slauson Ave
Commerce, CA 90040

A.M. Best Company Inc
Order Dept
Oldwick, NJ 08858-0700

Abel B. Diaz
Law Offices of Abel B. Diaz
6445 La Cumbre
Somis, CA 93066

**CREDITORS SERVED VIA FIRST CLASS MAIL**

ABLAC Media Group
28-240 Avenida La Vista Ste C
Cathedral City, CA 92234

Accell Property Management
23046 Avenida De La Carlota, Suite
700
Laguna Hills, CA 92653

Access Lending Corporation
77 Sugar Creek Center Blvd., Suite
200
Sugar Land, TX 77478

Accurint
P.O. Box 7247-6157
Philadelphia, PA 19170-6157

Action Property Management
29B Technology Drive #100
Irvine, CA 92618

ADFITECH, INC.
3001 Technology Drive
Edmund, OK 73013-3734

ADIGO
file 54321
999 N Sepulveda Blvd. Suite 500
El Segundo, CA  90245

ADT Security
Cust #01200116646512 &
012001166465513
PO Box 371956
Pittsburgh, PA 15250-7956

Alan and Phyllis Magerman
7371 Alicante Rd.
Carlsbad, CA 92009

ALUC Real Estate Appraisers
28319 Tamarack Lane
Saugus, CA 91390

Ambar Lopez
P.O. Box 16672
North Hollywood, CA 91615

Alyce Tyler
2001 Linden Ave.
Long Beach, CA 90806

AME Financial, Inc.
20950 Oxnard Street #54
Woodland Hills, CA 91367

American Honda Finance Company
2080 Cabot West #7829
Longshore, PA 19047

American Servicing Company
1200 W. 7th st. L2-200
Los Angeles, CA 90017

Anat Lock & Key
18733 Lassen Street
Northridge, CA 91324

Anchor Management
1260 Huntington Dr. Ste 104
South Pasadena, CA 91030

Andy Dubin
4359 Park Verdi
Calabasas, CA 91302

Anita Salazar
7138 Agate St.
Rancho Cucamonga, CA 91701

Anne Tramble
1610 Fermoore Dr.
San Fernando, CA 91340

Applied Business Software
2847 Gundry Avenue
Long Beach, CA 90806

Appraisal Express
3820 Honolulu Dr.
San Jose, CA 95111

Armandos Termite and Pest Control
681 York Blvd #203
Los Angeles, CA 90042

Arrow Bell Bonds
8816 West Foothill Blvd
Rancho Cucamonga, CA 91730

Arturo and Anita Salazar
7138 Agate St.
Rancho Cucomonga, CA

Associated Power, Inc.
1741 East Colon Street
Wilmington, CA 90748

AT & T 8310000780949
PO Box 78045
Phoenix, AZ 85062-8045

AT & T/200723392311
PO Box 277019
Atlanta, GA 30384-7019

AT & T/073 085 3869 908
Sacramento, CA 95887-0001

AT & T/Wavesound
PO Box 660688
Dallas, TX 75266-0688

Bali Management Inc.
25550 Hawthorne Blvd Ste 112
Torrance, CA 90505

Bayview Loan Servicing
4425 Ponce De Leon Blvd.
Coral Gables, FL 33146

Beneficial /HFC
1421 Kristina Way
Chesepeak, VA 23320

BHE Management
30011 Ivy Glen Ste. 118
Laguna Niguel, CA 92677

Bill Mason
32219 Pacific Coast Hwy
Malibu, CA 90265

Blue Cross of California
P.O. Box 54630
Los Angeles, CA 90054-0630

Brelon-Page
P.O. Box 4025
Westlake Village, CA 91359-1025

Breton Van Sloten
135 Concord St. #c
El Segundo, CA 90245

BrokerPriceOpinion.com
8700 Turnpike Dr. Ste 300
Westminster, CO 80031

CA Emergency Physicians
P.O Box 582663 Ste. D-10
Modesto, CA 95358-0046

Cash Call
17360 Brookhurst St.
Fountain Valley, CA 92708

CDW Direct, LLC
PO Box 75723
Chicago, IL 60675-5723

Christian Dome
29239 Heathcliff Rd. #9
Malibu, CA 90265

Christine Mitchell
646 Zermatt St.
Livermore, CA 94551

Christine Pyle-Brooks
PO Box 812
Somerset, CA 95684

Coast to Coast Computer Products
4277 Valley Fair St.
Simi Valley, CA 93063

Coastline Appraisal Service
4872 Tiara Dr. #103
Huntington Beach, CA 92649

Colorado Bureau of Investigation
690 Kipling St Ste 3000
Denver, CO 80215

Conejo Window Tinting
5308 Derry Ave. Ste.1100
Agoura Hills, CA 91301

Copy R Office Solutions
4530 Chermak St.
Burbank, CA 91505

CoreLogic Systems, Inc.
10360 Old Placerville Road, Suite 100
Sacramento, CA 95827

Costco
6881 8th Street
Buena Park, CA 90620

Craig Deborba
11445 Moorpark St. #17
Studio City, CA 91602

Creative Project Managers
23679 Calabasas Rd. #186
Calabasas, CA 91302

CT Corporation
2000 Town Center Dr. 19th Flr
Southfield, MI 48026

Darlene M. Floyd
12703 Lazard St.
Sylmar, CA 91342

Darryl Mor
1706 Genesee Dr.
La Verne, CA 91750

Darryl Morikawa
1706 Genesee Dr.
La Verne, CA 91750

Dawn L Johnson
12215 Wolf Dr.
Phelan, CA 92371

Day One Support Renewals
620 Main St.
Buffalo, NY 14202

**CREDITORS – SERVED VIA FIRST CLASS MAIL**

Debra G. Tennen
29525 Canwood St. Ste 210
Agoura Hills, CA 91301

Deluxe Business Checks
P.O Box 742572
Cincinnati, OH 45274-2572

Dennis Shepard
12430 Telephone Ave.
Chino, CA 91710

Department of Corporations
320 W. 4th Street, Suite 750
Los Angeles, CA 90013

Department of Financial Institutions
P.O. Box 41200
Olympia, WA 98504

Department of Licensing
P.O. Box 9048
Olympia, WA 98507

Department of Real Estate
PO Box 187000
Sacramento, CA 95818-7000

Direct TV
PO Box 60036
Los Angeles, CA 90060-0036

Discover Source
216 Centerview Dr, 208
Brentwood, TN 37027

Document Systems, Inc.
Customer # 24216
20501 South Avalon Blvd., Suite B
Carson, CA 90746

Donald Threatt
3913 Clay Bank Rd.
Fairfield, CA 94533

Dwayne Montgomery
624 N. Kalsman Ave.
Compton, CA 90220

Eastman Kodak Company
1778 Solutions Center
Chicago, IL 60677-1007

Ellie Mae, Inc.
4140 Dublin Blvd., Suite 300
Dublin, CA 94568

Endesha Himaya
21143 Avenida De Sonrisa
Santa Clarita, CA 91350

Equifax Credit Marketing Services
PO Box 945510
Atlanta, GA 30394-5510

Expert Networks
19360 Rinaldi Street, #307
Porter Ranch, CA 91326

Fannie Mae
AR Lock Box 403207 6000 Feldwood
Rd.
Collega Park, GA 30349

Federal Express
Acct 3286-2298-0
PO Box 7221
Pasadena, CA 91109-7321

FEDEX Kinkos
23305 Mulholland Dr.
Woodland Hills, CA 91364

First American Corelogic
4 First American Way
Santa Ana, CA 92707

First American CREDCO
PO Box 509019
San Diego, CA 92150-9019

First American Flood
PO Box 202176
Dallas, TX 75320-2176

First American Real Estate Solutions
4 First American Way
Santa Ana, CA 92707

FIRST AMERICAN SMS
200 COMMERCE
IRVINE, CA 92602

First Interstate Funding
702 W. 32nd St.
San Pedro, CA 90731

First Premier Bank
900 West Deleware
Sioux Falls, SD 57104

FIS Valuation Solutions
Dept 8009
Los Angeles, CA 90084-8009

Flagstar Bank
Mail Stop E-900-4
Troy, MI 48098-2639

Florin Lasca
5037 Llano Dr.
Woodland Hills, CA 91364

Foreclosure Express
26500 W. Agoura Rd., #102-550
Calabasas, CA 91302

Franchise Tax Board
P.O. Box 942857
Sacramento, CA 94257-0511

Franklin Credit
C/O Sky Bank 119 E. 5th St.
East Liverpool, OH 43920

FRED JORDAN MISSION
960 Village Oaks Dr.
Covina, CA 91724

Fremont Investment and Loan
P.O. Box 14242
Orange, CA 92863

Gary G. Gough
23117 Plaza Pointe Dr. Ste.110
Laguna Hills, CA 92653

Gateway Bank
2306 Merced Street
San Leandro, CA 94577

Gilmore, Wood, Vinnard & Magness
P.O. Box 28907
Fresno, CA 93729-8907

Ginnie Mae
451 7th St. SW
Washington, DC 20410-9000

Glen Hockett
5041 Gardenia Ave.
Long Beach, CA 90807

Gloria J. Greenroos
PO Box 505
Bonsall, CA 92003-0505

GMAC Mortgage
6716 Grade Lane Bldg 9 Ste 910
Louisville, KY 40213

Go-Getters
569 Sutter St.
West Sacramento, CA 95691

Golden Iron
14211 Bessemer St.
Van Nuys, CA 91401

Greatland Corporation
2480 Walker Ave. PO Box 1157
Grand Rapids, MI 49501-1157

Greg Snyder
1441 Veteran Ave. Sute 222
Los Angeles, CA 90024

Gwendolyn Roberts
43834 Gadsden Ave.
Lancaster, CA 93534

Hansen Quality
9939 Carroll Park Dr. Ste. 100
San Diego, CA 92121

HCC SURETY GROUP
DEPT. 9362
LOS ANGELES, CA 90084-9362

Helen Henson
PO Box 11563
Carson, CA 90746

Hello Direct
75 Northeastern Blvd.
Nashua, NH 03062

Herbert H. Hoffman, CPA
21241 Ventura Blvd., Ste. 183
Woodland Hills, CA 91364

Hilda Pooler
14200 Polk Street #3
Sylmar, CA 91342

Home Equity Servicing
4837 Watt Ave. Ste. 200
North Highlands, CA 95660

HR Direct
PO Box 452019
Sunrise, FL 33345-2019

HSBC Card Services
941 Corporate Center Dr.
Pomona, CA 91768

HUD
P.O. Box 198619
Atlanta, GA 30384

Ideal Management Properties
2501 Davidson Dr.
Monterey Park, CA 91754

Impac Funding Corporation
1401 Dove Street, SUite 100
Newport Beach, CA 92660

IndymacBank
Attn: Billing Dept FH-02-06 P.O. Box
7069
Pasadena, CA 91109-7069

# CREDITORS SERVED VIA FIRST CLASS MAIL

Ingrid Chamberlain
1901 S. Broadway
Los Angeles, CA 90061

J.T. Design
PO Box 4996
West Hills, CA 91308

Jackie Forsting
470 E. Angelano Ave. #310
Burbank, CA 91501

Jacob Becerra
24106 Calabasas Rd. Unit D
Calabasas, CA 91302

James Ebert
638 Lindero Canyon, #317
Oak Park, CA 91377

Jan and Mallory Geller
PO Box 191084
Los Angeles, CA 90019

Jane Green
922 East 85th Street
Los Angeles, CA 90001

Jean Michel Mills and Kelly Mills
10549 Nevada Ave
Chatsworth, CA 91311

Jeffrey Williamson
4630 Skyline Lane
LaMesa, CA 91941

Jessica Pelaya
21909 Saticoy St. #16
Canoga Park, CA 91304

John Diggs
20929 Ventura Blvd Ste 40
Woodland Hills, CA 91364

John Mac Neil
31671 Broad Beach Road
Malibu, CA 90265

John R. Sinner Insurance Agency Inc.
1230 E. Main St.
Alhambra, CA 91801

Jonathan Izumi
2381 Westcott Ave
Monterey Park, CA 91754

Juliann Mckenna
2346 Royal Ave #6
Simi Valley, CA 93065

Julie Everly
17809 Halsed #118
Northridge, CA 91325

Kathleen Ruth
Shriners Hospital 3160 Geneva St.
Los Angeles, CA 90020

Kenneth and Lorraine Wright
613 S. Tamarind Ave.
Compton, CA 90220

Kent Wenzel
20553 Blackhawk St.
Chatsworth, CA 91311

Kim-Maree Croft
21 Medea Creek Lane
Oak Park, CA 91377

Kim Santa Cruz
6670 Glade Ave #322
Woodland Hills, CA 91303

Kimley-Horn & Associates, Inc.
P.O. Box 79384
City of Industry, CA 91716-9384

KRLA
701 N. Brand Blvd ste 550
Glendale, CA 91203

KTLK AM 1150
3400 West Olive Ave., #550
Burbank, CA 91505

Lakeside village HOA
C/O The Emmons Company Po Box
5098
Westlake Village, CA 91359

Las Virgenes Parking Administration
PO Box 2081
Tustin, CA 92781-2081

L.A. Records Management
15624 Roxford St.
Sylmar, CA 91342

Laura Gnapp
6958 Woodman Ave. #16
Van Nuys, CA 91405

Lawyers Title
251 S. Lake Ave 4th Flr
Pasadena, CA 91101

Lee Christopherson
1655 N. Gary Ave. Unit A
Pomona, CA 91767

Leon Caldwell
23537 Windom Street
West Hills, CA 91302

Lloyd Liberman
5536 Lindley Ave. #208
Encino, CA 91316

Logicease Solutions Inc
1350 Bayshore Hwy. Ste LL33
Burlingame, CA 94010-1823

Lorraine Delgado
37707 Teal St.
Palmdale., CA 93552

Los Angeles County Recorder
PO Box 93115
Los Angeles, CA 90053-0115

Louis S. Simon
4932 Petit Avenue
Encino, CA 91436

Lucy Bledsoe
16644 Minter Ct.
Canyon Country, CA 91387

Manuel Rondon
4500 Campus Dr. Ste 530
Newport Beach, CA 92660

Marcio Oliveira
856 E. Grand Ave. #3
Pomona, CA 91766

Marder Computer Solutions
9018 Balboa Blvd., #188
Northridge, CA 91325

Maria Estrada
1965 W. Via Bello Dr.
Rialto, CA 92377

Maria Tina Funez
6666 Sepulveda Blvd. #221
Van Nuys, CA 91411

Mariana Mellor
23679 Calabasas Rd.
Calabasas, CA 91302-1502

Mark McDowell
3336 Parker Hill Rd
Santa Rosa, CA 95404

Mary Carson
1743 Blackwall Dr.
Simi Valley, CA 93063

Mary Martikian
6707 Balcom Ave.
Reseda, CA 91335

Masterplan Appraisals
825 Wilshire Blvd., #537
Santa Monica, CA 90401

Max Mendoza
3820 Honolulu Dr.
San Jose, CA 95111

McDowell Appraisal Service
3336 Parker Hill Rd
Santa Rosa, CA 95404

Melba Morales
5634 Orizaba Ave.
Long Beach, CA 90805

MERS
13059 Collections Center Drive
Chicago, IL 60693

Michael Center
2242 Myrtle Ave.
Long Beach, CA 90806-4438

Michele Sawers
6315 Elgin St.
Los Angeles, CA 90042

Miles Mason and Associates, Inc.
17835 Ventura Blvd. #101
Encino, CA 91316

Miriam Aguilera
5428 Colfax Ave
North Hollywood, CA 91601

Mortgage Bankers Association
BofA Lockbox 403945 6000 Feldwood
Rd.
College Park, GA 30349

Mortgage Insurance Agency
1125 Mitchell Court
Crystal Lake, IL 60014

MPI
4030 Spencer St. #104
Torrance, CA 90503

Nikki Dang
13192 Cortina
Tustin, CA 92782

Noretta Snow
732 Boxwood Rd.
Woodland, CA 95695

**CREDITORS SERVED VIA FIRST CLASS MAIL**

North Shore Agency, Inc
PO Box 8901
Westbury, NY 11590-8901

Nova Terra Appraisal Group
1382 Graham Place
Escondido, CA 92026

NSBN
9454 Wilshire Blvd., 4th Floor
Beverly Hills, CA 90212-2907

On The Level
2982 Ora Avo Terrace
Vista, CA 92084

Ocwen
12650 Ingenuity Dr.
Orlando, FL 32826

One Dream Limo
8727 Cranford Ave.
Sun Valley, CA 91352

Opteum Funding
27422 Portola Parkway, Ste. 200
Foothill Ranch, CA 92610

Otis Allen
7818 Xavier Ave
California City, CA 93505

Pacific Bay Appraisals Services
PO Box 2013
Brisbane, CA 94005

Paragon Equities
4543 E. Anaheim Street
Long Beach, CA 90804

Patrice Himaya
21143 Avenida De Sonrisa
Santa Clarita, CA 91350

Paul Boisvert
217 Pearwood
Arroyo Grande, CA 93420

Paul Dunlap
721 W. 109th Place
Los Angeles, CA 90044

Paula Like
326 Magnolia Ave.
Clovis, CA 93611

payoffassist.com
PO Box 29098
Santa Ana, CA 92799

PCM
23726 Birtcher Dr.
Lake Forest, CA 92630

PJK Engineering
7050 Chimineas Ave.
Reseda, CA 91335

Pooya Khodadadi
1937 Overland Ave #A
Los Angeles, CA 90025

Premium Financing Specialists
180 N. Michigan Ave.
Chicago, IL 60601

Printertek
8801 Reseda Blvd. Ste F
Northridge, CA 91324

Popular Warehouse Lending LLC
301 Lippincott Dr.
Mareton, NJ 08054

Quill
P.O. Box 37600
Philadelphia, PA 19101-0600

Rafael Soto
3758 Lime Avenue
Long Beach, CA 90807

Rapid Reporting
PO Box 33462
Fort Worth, TX 76162

Ray Newton
2222 Lyric Ave
Los Angeles, CA 90027

Recall Secure Destruction Services
PO Box 79245
City of Industry, CA 91716-9245

Recorder County of Merced
2222 M St. Main Floor
Merced, CA 95340

REGAL CAKE GALLERY
1068 SOUTH FAIRFAX AVE
L.A., CA 90019

Regions Funding
13080 Mindanoa Way
Marina Del Rey, CA 90292

Remford Metoyer Jr.
8634 Edelweiss Dr.
Corona, CA 92883

Rhinotek Computer Products
2301 E. Del Amo Blvd.
Carson, CA 90220

Ress Financial Corp
1780 Town and Country Dr. #105
Norco, CA 92860

Riverside County Recorder
P.O. Box 751
Riverside, CA 92502-0751

Robert E. Truskowski, Inc.
1110 North Coast Hwy
Laguna Beach, CA 92651

Robert L. Earl & Associates
8500 Melrose Ave., Suit 205
Los Angeles, CA 90069-5169

Robert Mellor
6525 Sandy Point Ct.
Rancho Palos Verdes, CA 90275

Rosemund, Inc.
21431 Chagall Road
Topanga, CA 90290

Ross Morgan & Co.
15315 Magnolia Blvd., #212
Sherman Oaks, CA 91403

Ruth Anderson
20319 Rue Crever #560
Santa Clarita, CA 91351

Ruth Knickerbocker
14684 Osage Rd.
Apple Valley, CA 92307

Salvador Minjares
447 S. Ferris Avenue
Los Angeles, CA 90022

Salvador Perez
5428 Colfax Ave.
North Hollywood, CA 91601

San Bernardino County Clerk
Recorder
222 W. Hospitality Lane
San Bernardino, CA 92455

San Fernando Valley EAC
760 Arroyo Ave.
San Fernando, CA 91340

SAPO Communications
14435 Sherman Way #208
Van Nuys, CA 91405

Secretary of State
801 Capitol Way South
Olympia, WA 98504-0234

Security Union Title
101 Hoden Camp Rd. #108
Thousand Oaks, CA 91360

Service One
25133 Avenue Tibbits
Valencia, CA 91355

Sierra Law Group
P.O. Box 187
San Juan Bautista, CA 95045-0187

Smart Levels Media
16 Hammond
Irvine, CA 92618

Sounder Alwar
7306 Shoupe Ave.
West Hills, CA 91307

Sparkletts
Accts: 26030227269228 &
260302274142
P.O. Box 660579
Dallas, TX 75266-0579

Sprint-233243072, 439974594
PO Box 219100
Kansas City, MO 64121-9100

Sprint-235983342
PO Box 219100
Kansas City, MO 64121-9100

Sprint-Cell Phone
PO Box 4181
Carol Stream, IL 60197-4181

SRA Associates
401 Minnetonka Rd.
Hi Nella, NJ 08083

Stanley R. Hutson
5210 Evanwood Avenue
Oak Park, CA 91377

State Express Messenger Service
5737 Kanan Road, #222
Agoura Hills, CA 91301

STATE OF CALIFORNIA
PO Box 944230
Sacramento, CA 94244-2300

Stearn/Klein Properties
12754 Ventura Blvd.
Studio City, CA 91604

**CREDITORS SERVED VIA FIRST CLASS MAIL**

Superior Press
11930 Hamden Place
Santa Fe Springs, CA 90670

Tanya Williamson
14255 Tyler St., #103
Sylmar, CA 91342

Terrance Lucas
17850 Reed Street
Fontana, CA 92336

Terry Engineering
13691 Red Hill Ave.
Tustin, CA 92780

The Acorn
30423 Canwood Street, Suite 108
Agoura Hills, CA 91301-4316

The Mankin Trust
1021 Anacapa St. PO Box 2340
Santa Barbara, CA 93120-2340

Thuy Le
11185 Sudith Ave.
Fountain Valley, CA 92708

Time Warner Cable
P.O. Box 60074
City of Industry, CA 91716-0074

Tina Funez
6666 Sepulveda Blvd #221
Van Nuys, CA 91411

TMS Technologies Inc.
1900 Bel Aire Dr
Glendale, CA 91201

TOLSEK PRINTING
902 S. SANTA FE AVE.
LOS ANGELES, CA 90021

Towne Place Marriot
1712 Newbury Rd.
Thousand Oaks, CA 91320

Trabuco Investment
668 N. Coast Hwy., #257
Laguna Beach, CA 92651

Transpacific Management
2020 East First Street, #103
Santa Ana, CA 92705

U.S COMMERCE EQUIPMENT
FINANCE LLC
1985 BLUESTONE DR.
ST. CHARLES, MO 63303

U.S Mail Service Inc
3600 Industrial Blvd. #10
West Sacramento, CA 95691

U.S. Postmaster
867 N. Commerce St.
Orange, CA 92867

UHCDirect Bill Business Unit
P.O. Box 224708
Dallas, TX 75222-4708

Valerie Luther
21616 Califa St. #223
Woodland Hills, CA 91367

Vallejo General Hauling
10237 Checkasaw Paso
Riverside, CA 92503

Value Home Loans
5959 Topanga Canyon Blvd Ste.201
Woodland Hills, CA 91367

Varna Electronics
5737 Kanan Rd #244
Agoura Hills, CA 91301

Ventura County
800 S. Victoria
Ventura, CA 93009-1260

Ventura County Star
PO Box 6006
Camarillo, CA 93011

Warehouse Office and Paper Products,
Inc.
11131 A Vanowen Street
North Hollywood, CA 91605

Weldon L. Brown Co.
5029 Lamart Drive, #C
Riverside, CA 92507

Wells Fargo Bank
18700 NW Walker Rd. Bldg #92
Beaverton, OR 97006-2950

Wells Fargo Financial
9353 Valley Blvd Ste C1
Rosemead, CA 91770

Wolters Kluwer
8832 Innovation Way
Chicago, IL 60682-0088

Wood Ranch HOA Management
Company
P.O. Box 788 Newbury
Newbury Park, CA 91319

Wright, Finley and Zak LLP
4665 Macarthur Ct. Ste 280
Newport Beach, CA 92660

Wynn Engineering, Inc.
27315 Valley Center Road
Valley Center, CA 92082

Albert Association Management
75061 Mediterranean, Suite B
Palm Desert, CA  92255

Amber and Brett Bartholomew
211 Red Rock Road
Boulder City, NV  89005

Cardinal Pacific Escrow
6615 E. Pacific Coast Highway
Long Beach, CA  90803

Concord Escrow
22031 Bushard Street
Huntington Beach, CA  92646

Corporate Strategies
16255 Ventura Blvd., Suite 320
Encino, CA  91436

Bear Stearns for
Encore Credit Corp
1833 Alton Parkway
Irvine, CA  92606

Equity One
1600 NE Miami Gardens Dr.
North Miami, FL  33179

Equity Title  (Realogy)
1 Campus Drive
Parsippany, NJ  07054

Fidelity National Title Company
601 Riverside Avenue
Jacksonville, FL  32204

Mercury Companies, Inc. for Financial
Title Company
1515 Arapaho St. Twr 1 Ste 1400
Denver, CO  80202

First American Title Insurance
Company
1 First American Way
Santa Ana, CA  92707

J.D.J Distributors, Inc.
23679 Calabasas Rd.
Calabasas, CA  91302

LandSafe Title Company Inc
LandSafe Title of California Inc.
8251 Fallbrook Avenue
West Hills, CA  91304

Placer Title Company
189 Fulweiler Avenue
Auburn, CA  95603

Premier One Escrow Inc.
15515 San Fernando Mission Blvd. #9
Mission Hills, CA  91345

SC Escrow Services
500 Pier Avenue
Hermosa Beach, CA  90254

Suburban Cities Escrow
3561 Howard Ave., #100
Los Alamitos, CA  90720

All Valley Washer
15008 Delano Street
Van Nuys, CA  91411

Allan Erdy Escrow
15374 Ventura Blvd.
Sherman Way, CA  91403

DFL Solutions Inc.
Darren F. Lenick
22333 Pacific Coast Highway #102
Malibu, A  90265

Dollar Driving
22311 Ventura Blvd., Suite 119
Woodland Hills, CA  91364

HSI Productions, Inc.
3630 Eastham Drive
Culver City, CA  90232

OneWest Bank for
INDYMAC BANK
888 East Walnut Street
Pasadena, CA  91101

Lari's Hairworks
22333 Pacific Coast Highway #206
Malibu, CA  90265

Billsburg Films, LLC – Last Word
15 Brooks Avenue, Unit A
Venice, CA  90291

MALIBU ESCROW
22241 Pacific Coast Highway
Malibu, CA  90265

Malibu Yoga
22333 Pacific Coast Highway
Malibu, CA  90265

Media News Group
101 W. Colfax Avenue, Suite 1100
Denver, CO  80202

Sprint-Nextel
6200 Sprint Parkway
Overland Park, KS  66251

State of California
(Secretary of State)
1500 11th Street
Sacramento, CA  95814

Twentieth Century Fox
10210 Pico Blvd.
LA CA 90064

Vista Media
14400 Firestone Blvd.
La Mirada, CA  90638

Francisco Gutierrez
7710 Kyle St
Tujunga, CA 91042

Paychex - Garnishments
911 Panorama Trail S.
Rochester, NY  14625

A Plus Investigations
8950 W. Olympic Blvd., Suite 323
Beverly Hills, CA  90211

Brookside PTA
165 North Satinwood Ave.
Oak Park, CA  91377

Bruce Dowad Associates, Inc
1011 N. Hillcrest Road
Beverly Hills, CA  90210

Granite Productions Inc
51 W. 52nd Street
New York, NY  10019

HKM Productions
1641 N. Ivar Ave.
Hollywood, CA  90028

Red Bull
2525 Colorado Avenue, Suite 20
Santa Monica, CA  90404

WELLS FARGO
299 S. Main St., 12th Fl.
MAC U1228-120
Salt Lake City, UT  84111

CHICAGO TITLE COMPANY
6120 Stoneridge Mall, Suite 120
Pleasanton, CA  94588

MCKEEHAN ESCROW
17835 Ventura Blvd., Suite 111
Encino, CA  91316

Nasatir, Hirsch, Podberesky & Genego
2115 Main Street
Santa Monica, CA  90405

Progressive Title
1 Campus Drive
Parsippany, NJ  07054

AA Funding Inc.
9550 Flair Dr., #126
El Monte, CA  91731

Access Warehouse Lending
18400 Von Karman Ave., #1000
Irvine, CA  92612

Advanced Assoc. Mngmnt. Service
475 West Channel Island Blvd., #211
Port Hueneme, CA  93041

AMC Mortgage
19510 Ventura Blvd. #201
Tarzana CA 91356

American Express
200 Vesey St.
New York, NY 10285

American General Finance
601 NEW 2nd St.
Evansville IN 47708

American National Insurance
Company
One Moody Plaza
Glavenston, TX 77550

Arrow Financial
5996 W. Touhy Ave.
Niles, IL 60714

AT & T /051 849 6830 001
227 West Monroe St.
Chicago IL 60606

AT & T/Wavesound
PO Box 660688
Dallas, TX 75266-0688

Bank of America
100 N. Tyron Street
Charoltte, NC 28255

Bartline & Company, INC
3944 State St., Suite 200
Santa Barbra 93105

Bullivant Houser Bailey PC Trust Acct
888 Southwest 5th Street Suite 300
Portland, OR 97204

Cal National Bank for Cashiers Check
P.O Box 866012
LA CA 90086-6012

California Credit Union
701 N. Baud Blvd.
Glendale CA 91203

Cenlar Loan Servicing
425 Phillips Blvd.
Ewing, NJ 08618

Centennial Bank
188737 Brookhurst Street, Suiet 100
Fountain valley, CA 92708

Chase Manhattan Mortgage
70 Thomas Johnson Dr. Suite 101
Fredrick, MD 21702

Chase Mortgage
P.O Box 47607
Atlanta, GA 30362

CHASE VISA
22001 Ventura BLVD.
Woodland Hills, CA 91364

Citi  Mortgage
1000 Technology Dr.
O'Fallon, MO 63368

Citibank
399 Park Ave.
New York, New York 10022

Clear Capital
10875 Pioneer Tr.
Truckee, CA 96161

Condominium Administration
Company, INC.
5700 Hannom Ave. #150
Culver City CA 90230

Department of commerce
1401 Constitution Ave,
NEW Washington DC 20230

Deutsche Bank
60 Wall Street
New York, NY 10005

DLJ Mortgage Capital
11 Madison Ave.
New York, New York 10010

Eastern Savings Bank
Executive Plaza 2
11350 McCormick Red, Suite 200
Hunt Valley, MD 21031

Edison
PO Box 6400
Rancho Cucamonga CA 91729

EMC Mortgage
800 State Highway 121 Bypass
Lewisville TX 75067

Emerald Escrow
462 South Corona mall
Corona CA 92879

Equity Lenders
6312 E. Whittier Blvd.
Los Angeles, CA 90022

EverBank
501 Riverside Ave
Jacksonville Fl. 32202

Everhome
8100 Nations Way
Jacksonville FL 32256

Exxon/Mobil
5959 Las Colinas Blvd.
Irving TX 75039

FARMERS INSURANCE
17000 W. 119th Street
Olathe, KS 66061

First American Title Insurance
Company
First American Way
Santa Monica CA 92707

First Financial Credit Union
1600 W. Cameron Ave.
West Covina CA 91790

Flash Electric
26130 Kenrose Cr.
Calabasas CA 91320

Franklin Bank
777 Marines Island Blvd.
7th Plaza
San Mateo CA 94404

Freemont Investment & Loan
175 N. Riverside Pl
Anaheim CA 92808

**CREDITORS SERVED VIA FIRST CLASS MAIL**

GMAC
200 Renaissance Ctr.
Detroit, MI 48265

Golden Valley ASB
2121 E. Childs Ave
Merced CA 95341

HFC
P.O. Box 60101
City of Industry CA 91716

Homecomings Financial
8400 Normandale Lake Blvd.
Suite 250
Minneapolis, MN 55437

Horizon Management
21535 Hawthorne Blvd. #530
Torrance CA 90503

HSBC Mortgage
P.O. Box 4552
Buffalo NY 14240

Impac Warehouse Lending
19500 Jamboreee Rd.
Irvine CA 92612

INCORP
375 N. Stephanie St, Suite 1411
Henderson, NV 89193

INDIE 103.1
5700 Wilshire Blvd. #250
LA CA 90036

In His Presence Church
3093 Easy St.
Pollick Pines, CA 95726

Instant Mortgage Lending
3838 Valley Ctr. Dr. Suite 705
PMB 182
San Diego CA 92130

K.B. CONTRACT INTERIORS
8371 Canoga Ave.
Canoga Park CA 91304

KABC
77 W. 66th St.
New York, New York 10023

Kaiser Permanente
9300 Lee Hyway
Fairfax VA 22031

KCBS
51 West 52nd Street
New York, New York 10019

KDAY
5055 Wilshire Blvd, Suite 720
LA CA 90036

KDLD-Fm
2425 Olympic Blvd.
Suite 6000 West
S.M - 90404

KFGR
507 N. Clark Street
Powell, WY 82435

KFI
3400 W. Olive Ave, Suite 550
Burbank, CA 91505

KFRG
900 E. Washington
Suite 315
Colton CA 92324

KFSO 560
900 Front Street
San Francisco CA 94111

KFWB
5670 Wilshire Blvd, Suite 200
LA CA 90036

KGO
P.O Box 250028
LA CA 90025

KJLH
161 N. La Brea Ave.
Inglewood, CA 90301

KKGO
P.O Box 250028
LA CA 90025

KLOS
3321 S. La Cienga Blvd
LA 90016

KLYY
5700 Wilshire Blvd. #250
LA CA 90036

KMJ Radio
1071 W. Shaw Ave.
Fresno, CA 93711

KNCI
5244 Madison Ave.
Sacramento, CA 95841

KNCL
200 E. Basse Road
San Antonio Tx 98209

KNTY
1436 Auburn Blvd.
Sacramento CA 95815

KNX
5670 Wilshire Blvd. Suite 200
LA CA 90036

KOGO
9660 Granite Dr.
San Diego CA 92123

KSSE
2425 Olympic Blvd.
Suite 6000 West
Santa Monica CA 90404

KSSE,KSSC,KSSD FM
2425 Olympic Blvd.
Suite 6000 West
Santa Monica CA 90404

KTWV
5670 Wilshire Blvd. Suite 200
LA CA 90036

KYXY
8033 Linda Vista Rd.
San Diego CA 92111

KYYX
1000 20th Ave.
Minot, ND 58702

KZLA
2600 W. Olive Ave, 8th Pl.
Burbank, CA 91505

Litton Loan Servicing
4828 Loop Central Dr.
Huston, TX 77081

Long Beach Chamber of Commerce
World Trade Center #206
Long Beach, CA 90831

LSI
2550 N. Redhill Ave.
Santa Ana, CA 92705

M and T Bank
M and T Plaza
Buffalo, NY 14203

Mark McDowell
3336 Parker Hill Rd
Santa Rosa, CA 95404

MGIC Investor Services Corporation
250 E. Kilbourn Ave.
Milwaukee, WI 53202

Mortgage Guaranty Insurance Corp
250 E. Kilbourn Ave.
Milwaukee, WI 53202

New Century Financial for New
Century Mortgage Corp
3337 Michelson Dr, Suite CN350
Irvine, CA 92612

Novastar Mortgage
8140 Ward Parkway
Kansas City, MO 64114

Office of Restorative Justice
3424 Wilshire Blvd.
LA CA 90010

Office Depot
6600 N. Military Trail
Boca Raton, FL 33496

Office of Restorative Justice
3424 Wilshire Blvd.
LA CA 90010

On Time Appraisal
730 Wing Foot Lane
Melbourne, FL 32940

One Source Facilities Grp, LLC
1036 – D Broxton Ave
Los Angeles CA 90024

Orange County Tax Collector
P.O. Box 545100
Orlando Fl. 32854

Oregon Division of Finance
350 Winter St. NE, Room 410
Salem, OR 97301

Option One Mortgage
538 Broadhollow Rd.
Melville, NY 11747

Our Weekly
8732 S. Western Ave
LA CA 90047

Recontrust Company
2380 Performance Drive
Richardson TX 75082

Royal Networking
1875 Century Park E. 7th Fl.
LA CA 90067

Saxon Mortgage Services, Inc
4840 Cod road
Glen Allen, VA 23060

Sears
3333 Beverly Road
Hoffman Estates, IL 60179

Sears/CBSD
701 E. 60th Street N.
Sioux Falls, SD 57104

Select Portfolio Services
P.O. Box 65567
Salt Lake City, UT 84165

Southwest Securities
1201 Elan Street, Suite 3500
Dallas, Texas 75270

Specialized Loan Servicing
P.O. Box 636005
Littleton, CO 80163

Steel Mountain Capital
3190 S. Wadsworth Blvd. Suite 150
Lakewood, CO 80227

Stewart Title
1980 Post Oak Blvd. Suite 800
Houston, TX 77056

SUPERIOR VALET PARKING INC
13437 Ventura Blvd. #206
Sherman Oaks, CA 91423

Terwin Advisors, LLC
45 Rockefeller Plaza Suite 420
New York, New York 10111

Citybank South Dakota for
THD/CBSD
701 E. 60th Street N.
Sioux falls, SD 57104

The Escrow Connection
1111 E. Tahquitz Canyon Way Suite
107
Sherman Oaks, CA 91423

Thomas Fields and Associates
110 Pine Ave. Suite 226
Long Beach, CA 90802

Ticor Title Company
601 Riverside Ave.
Jacksonville Fl. 32204

TOLSEK
1437 E. 15th Street
LA CA 90021

United States Treasury
1500 Pennsylvania Ave, NW
Washington DC 20220

VERIZON
4410 Rosewood Drive
Pleasanton CA 94588

VIP Tours of California
9830 Bellanca Ave.
LA CA 90045

Wachovia Mortgage FSB
301 S. College St, Suite 4000
Charlotte SC 28288

Washington Mutual
1301 Second Ave.
Seattle WA 98101

Wells Fargo Home Mortgage
420 Montgomery Street
San Francisco, CA 94163

West Hills Hospital Laboratory
7300 Medical Center Drive
West Hills CA 91370

WFNNB/Express
3100 Easton Square Place
Columbus OH 43219

Wilshire Credit Corp
14523 S.W. Millikan Way Suite 200
Beaverton OR 97005

World Savings
301 S. College Street Suite 4000
Charlotte SC 28288

Amy Entin
Sunflower Management, Inc.
20929-47 Ventura Blvd. Suite 453
Woodland Hills, CA 91364

County of Los Angeles
Attn: County Clerk
Conny McCormack
500 N Temple St. Rm 358
Los Angeles, CA 90012

International City Bank
c/o Bernard D. Bollinger
Buchalter Nemer, APLC
1000 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90017-2457

Devin Petri
c/o Nurit Petri
24956 Lorenzo
Calabasas, CA 91302

Law Offices of Bryan Diaz
23679 Calabasas Road, Suite 543
Calabasas, CA 91302

Doreen Stone
5716 Corsa Avenue, Suite 207
Westlake Village, CA 91362

Michael Toth
5716 Corsa Avenue
Suite 207
Westlake Village, CA 91362

GayLee Ellis
6958 Lazy Sunset Court
Las Vegas, NV 89156

Cynthia Barros
24106 Calabasas Rd., #C
Calabasas, CA 91302

David J. Keller, CPA
Keller & Associates
5603 Le Sage Avenue
Woodland Hills, CA 91367

Mail Boxes Etc
The UPS Store #1047
Attention: Ravinder Bhalla
23679 Calabasas Road
Calabasas, CA 91302

Mail Boxes Etc
The UPS Store #1047
RB Group, Inc;Attn Ravinder Bhalla
520 Savona Way
Oak Park, CA 91301

Richard Marder
9018 Balboa Blvd # 188
Northridge, CA 91325

Daneth and Gloria Mcneese
834 Jewel Dr.
Roseburg, OR 97470

11708 Rosewell Avenue, Chino, CA
Mariana S. Aldana
23679 Calabasas Road, Suite 195
Calabasas, CA 91302
(Grant Deed - Finance Network)

1610 Arboles Drive, Glendale, CA
Rochelle A. Stearns
23679 Calabasas Road, Suite 195
Calabasas, CA 91302
(Grant Deed - Wavesound)

121 West Madison, Montebello, CA
Kenneth & Victoria Wong
121 West Madison
Montebello, CA 90640-4430
(DOT - First City Funding)

330-340 Pine Avenue, Long Beach, CA
Long Beach City
340 South Pine Avenue
Long Beach, CA 90802
(DOT - Finance Network)

22333 Pacific Coast Highway, Malibu
22333 Pacific Coast Highway
256 26th Street, Suite 201
Santa Monica, CA 90402
(DOT - Wavesound)

1020 East 2nd Street, Long Beach, CA
Consumer Solutions
1020 East 2nd Street
Long Beach, CA 90802
(Grant Deed - Automated Finance)

1020 East 2nd Street, Long Beach, CA
Consumer Solutions
1020 East 2nd Street
Long Beach, CA 90802
(Grant Deed - Automated Finance)

3536 Desert Oak Drive, Palmdale, CA
Ellington Credit Fund 1 USA, Inc.
3536 Desert Oak Drive
Palmdale, CA 93550-8435
(Deed - Ellington)

Attorneys for Conservatorship of
Elizabeth G. Jamerson Estate
P. Kurt Peterson, Esq.
Peterson, Weyand & Martin LLP
49 Stevenson St., 10th Floor
San Francisco CA 94105

Attorneys for Bill Charlton, et al.
Bruce Lorman, Esq.
Law Offices of Bruce Lorman
1717 Fourth Street
Santa Monica, CA 90401

Attorneys for Lawrence Headley
James Hudgens, Esq.
McCann & Hudgens
15 W Carrillo St Ste 220
Santa Barbara, CA, 93101

James E. Davenport, Jr.
12302 Inglewood Avenue, Apt. A
Hawthorne, CA 90250-3562

Quality Loan Service Corp.
2141 5th Avenue
San Diego, CA 92101

HSBC Mortgage Corporation
2929 Walden Avenue
Depew, NY 14043

Attys for Western Commercial Bank &
International City Bank
Joseph H. Catmull / Marcin Lambirth
16830 Ventura Blvd., Suite 310
Encino, CA 91436

Attys for Scott Plumbing & Golden Iron
Katherine S. Agbayani
Hines Smith Carder
3080 Bristol Street, Suite 540
Costa Mesa, Ca 92626

Ellyn Moscowitz, Esq.
Law Offices of Ellyn Moscowitz
20 N. Raymond Ave, Suite 240
Pasadena, CA 91103

Attys for US Commerce Equip. Finance
Raffi Katchadourian
Hemar Rouso & Heald
15910 Ventura Blvd., Suite 1201
Encino, CA 91436

Alliant Law Group, P.C.
Account # 2258188611212
2860 Zanker Road, Suite 105
San Jose, CA 95134

Los Angeles County Tax Collector
Assessor's ID# 3131 003 010
225 North Hill St.
Los Angeles, CA 90012

Bay Area Credit Service LLC
Account # 79065762
1901 West 10th
Antioch, CA 94509

AT&T
Account # 065 121 5363 877 8
Business Service
P.O. Box 78230
San Francisco, CA 94107

AT&T Long Distance
Corporate # 1958758
Invoice BAN # 854342268
P.O. Box 5020
Des Plaines, IL 60017-5020

AT&T
Account # 250 736-5901 989 5
Business Service
P.O. Box 78230
San Francisco, CA 94107

Sprint
Account # 233243072 & 624359220
Customer Service
P.O. Box 8077
London, KY 40742

County of Los Angeles
Office of the Assessor
Assessor's ID # 3131-003-010 8
500 West Temple St.
Los Angeles, CA 90012

AT&T Services
Account # 065 121 5363 877
Credit & Collections
P.O. Box 15038
Sacramento, CA 95851

The Better Business Bureau
Re: Complaint # 98309034
315 N. La Cadena Drive
P.O. Box 970
Colton, CA 92324- 0814

The Better Business Bureau
Complaint Department
P.O. Box 970
Colton, CA 92324

Michael J. Kenny
Gateway Bank
Quick Sale Lending Division
2306 Merced Street
San Leandro, CA 94577

Steven Berkowitz
Law Offices of Steven Berkowitz
5850 Canoga Avenue, Suite 110
Woodland Hills, CA 91367

The Kaplan Group
Re: Document Systems, Inc.
Commercial Collections
2250 King Court, Suite 50
San Luis Obispo, CA 93401

D & S, Ltd
International Debt Resolution Company
Re: First American  Flood Data
13809 Research Blvd., Suite 800
Austin, TX 78750

Winstead
Re: Warehousing Credit & Sec. Agmt
1100 JP Morgan Chase Tower
600 Travis Street
Houston, TX 77002

Thuy Le
4470 West Sunset Boulevard
Suite 153
Los Angeles, CA 90027

Attorney for Rhonda Hicks
Diana Spielberg
2115 Main Street
Santa Monica, CA  90405

Gregory L. Barter
22502 Barcotta Drive
Saugus, CA  91350

InSouth
c/o Bernard D. Bollinger
Buchalter Nemer, APLC
1000 Wilshire Boulevard, 15th Floor
Los Angeles, CA  90017-2457

Larry M. Bakman
Law Offices of Larry M. Bakman
10100 Santa Monica Blvd #300
Los Angeles, CA  90067

Attys for Amy Entin
Robinson, Diamant & Wolkowitz, APC
Lawrence A. Diamant
1888 Century Park East, Suite 1500
Los Angeles, CA  90067