FILED & ENTERED

OCT 09 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY williams DEPUTY CLERK

Steven T. Gubner - Bar No. 156593
Richard D. Burstein - Bar No. 56661
Corey R. Weber - Bar No. 205912
EZRA BRUTZKUS GUBNER LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: 818.827.9000
Facsimile: 818.827.9099
Email:   sgubner@ebg-law.com
         rburstein@ebg-law.com
         cweber@ebg-law.com

Attorneys for David Seror, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>AUTOMATED FINANCE CORPORATION fka AUTOMATED FINANCIAL, LLC, dba Out of BK.com; dba 520debt.com; dba Calabasas Financial Center Mortgages; dba FHA1FHA.com,<br><br>Debtor. | Case No. 1:08-bk-14339-MT<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION OF CHAPTER 7 TRUSTEE FOR ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE TRUSTEE AND NURIT PETRI**<br><br>**Date:** September 16, 2009<br>**Time:** 10:00 a.m.<br>**Place:** Courtroom 302<br>       United States Bankruptcy Court<br>       21041 Burbank Boulevard<br>       Woodland Hills, CA 91367 |

The Motion of Chapter 7 Trustee for Order Approving Settlement Agreement Between the Trustee and Nurit Petri ("Motion", "Trustee", "Petri", respectively), duly came on for hearing on September 16, 2009, the Honorable Maureen Tighe, United States Bankruptcy Judge, presiding. The Trustee appeared, as did Richard D. Burstein of Ezra Brutzkus Gubner LLP, as

his attorneys. George E. Schulman of Danning, Gill, Diamond & Kollitz, LLP appeared on behalf of Petri and the other appearances were as noted on the record.

The Court, having considered the papers related to the Motion, the argument of counsel, good cause appearing,

It Is Hereby Ordered:

1. For the reasons set forth on the record and in the Court's tentative ruling placed on the docket in this case, the Motion is granted.

2. The Settlement Agreement appended to the Motion is approved.

3. Nurit Petri, First City Funding, Finance Network, LLC, Wave Sound, Inc., OTC, LLC, Collateralized Warehousing Fund, LLC fka CSAP Secured Investors, Network Development, LLC and Malibu Corporation dba Malibu Inn Corporation are henceforth consolidated debtors with the debtor herein. Under the current case number, the caption for this case shall henceforth be: "In re Automated Finance Corporation fka Automated Financial, LLC dba Out of Bk.com dba 520debt.com dba Calabasas Financial Center Mortgages dba FHA1FHA.com, Nurit Petri, First City Funding, Finance Network, LLC, Wave Sound, Inc., OTC, LLC, Collateralized Warehousing Fund, LLC fka CSAP Secured Investors, Network Development, LLC and Malibu Corporation dba Malibu Inn Corporation, consolidated debtors." The commencement of the consolidated case shall be June 26, 2008, the date of the Automated petition, and the date for the order for relief in the consolidated case shall be the eleventh day after the entry hereof. The court shall establish a new claims bar date for all consolidated debtors based on said order for relief. The date first set for Nurit Petri's 341(a) meeting of creditors is the date for the 341(a) meeting of creditors set after the eleventh day after entry hereof as called for in paragraph 10(b) of the Settlement Agreement.

4. Any and all secured claims or interests that exist with respect to property of First City Funding, Finance Network, LLC, Wave Sound, Inc., OTC, LLC, Collateralized Warehousing Fund, LLC fka CSAP Secured Investors, Network Development, LLC and Malibu Corporation dba Malibu Inn Corporation shall remain attached to the specific property to which

1  the secured claims attached, without dilution through consolidation of other secured claims and
2  interests.  The Trustee shall have the right to object to such purported secured claims and
3  interests.

4      5.    Nothing in the granting of the Motion, or this Order, is intended to, and will not,
5  enable or authorize or reserve the right to the Trustee or any other person to avoid a lien claimed
6  by any creditor to attach to, object to a lien claimed by a creditor to attach to, or seek recovery
7  from such creditor or transferee of property formerly owned by any of the entities listed in
8  paragraph 3 hereinabove in which property such creditor claimed a secured interest, or the
9  proceeds of sale thereof, with regard to which such creditor has prior to the eleventh day after
10 entry hereof concluded proceedings to foreclose its security interest in such property.

11     6.    The Court may, pursuant to Federal Rule of Civil Procedure 70 and Federal Rule
12 of Bankruptcy Procedure 7070, enter orders subsequent to this Order transferring title to any
13 parcel of real property described in the Settlement Agreement to the Trustee, as Trustee of the
14 consolidated case.  Pursuant to LBR 9021-1(a), the Court hereby orders that any such order may
15 include, as an exhibit attached thereto, a legal description of the parcel of real property to be
16 transferred by such order.

18 ***

DATED: October 9, 2009

_____
United States Bankruptcy Judge

-- 3 --

| In re: AUTOMATED FINANCE CORPORATION fka AUTOMATED FINANCIAL, LLC, dba Out of BK.com; dba 520debt.com; dba Calabasas Financial Center Mortgages; dba FHA1FHA.com,<br>Debtor(s). | CHAPTER 7<br><br>CASE NUMBER 1:08-bk-14339-MT |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

A true and correct copy of the foregoing document described **ORDER GRANTING MOTION OF CHAPTER 7 TRUSTEE FOR ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE TRUSTEE AND NURIT PETRI** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On September 30, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 30, 2009 | Jennifer Long | /s/ Jennifer Long |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

-4-

| In re: AUTOMATED FINANCE CORPORATION fka AUTOMATED FINANCIAL, LLC, dba Out of BK.com; dba 520debt.com; dba Calabasas Financial Center Mortgages; dba FHA1FHA.com, Debtor(s). | CHAPTER 7 <br> CASE NUMBER 1:08-bk-14339-MT |
|---|---|

II. **SERVED BY FIRST CLASS MAIL**

| | |
|---|---|
| <u>Presiding Judge</u> <br> Honorable Maureen M. Tighe <br> U.S. Bankruptcy Court <br> 21041 Burbank Boulevard, Suite 325 <br> Woodland Hills, CA 91367 | <u>United States Trustee</u> <br> Office of the United States Trustee <br> 21051 Warner Center Lane, Suite 115 <br> Woodland Hills, CA 91367 |
| <u>Chapter 7 Trustee</u> <br> David Seror, Chapter 7 Trustee <br> Ervin, Cohen & Jessup LLP <br> 9401 Wilshire Boulevard, 9th Floor <br> Beverly Hills, CA 90212-2974 | <u>Attys for Nurit Petri, indiv. and as Trustee for the JTT Trust</u> <br> Kathy Bazoian Phelps, Esq. <br> George E. Schulman, Esq. <br> Danning, Gill, Diamond & Kollitz, LLP <br> 2029 Century Park East, Third Floor <br> Los Angeles, CA 90067-2904 |
| Request for Special Notice <br> <u>Attys for Claimant/Secured Cred. East West Bank</u> <br> Curtis C. Jung, Esq., Clifford P. Jung, Esq. <br> Monica H. Lin, Esq. <br> Jung & Yuen, LLP <br> 888 South Figueroa Street, Suite 720 <br> Los Angeles, CA 90017 | Request for Special Notice <br> <u>Attorneys for Creditors</u> <br> <u>Jean-Jacques Dalpe, Genevieve L. Dalpe</u> <br> Paula E. Meyer, Esq. <br> Paula E. Meyer & Associates APC <br> 730 E. Chapman Avenue <br> Orange, CA 92866 |
| Request for Special Notice <br> <u>Attys for Claimant/Secured Cred. East West Bank</u> <br> Elmer Dean Martin III, Esq. <br> 22632 Golden Springs Drive, Suite 190 <br> Diamond Bar, CA 91765 | Request for Special Notice <br> <u>Attorneys for Clear Channel Broadcasting, Inc. and Emmis Radio LLC</u> <br> Allan Herzlich, Esq. <br> Marta Peczat, Esq. <br> Herzlich & Blum, LLP <br> 15760 Ventura Blvd., Suite 2024 <br> Encino, CA 91436-3095 |
| Request for Special Notice <br> <u>Attorneys for Creditors</u> <br> <u>Jean-Jacques Dalpe and Genevieve L. Dalpe</u> <br> Jeffrey W. Broker, Esq. <br> Broker & Associates, PC <br> 18191 Von Karman Avenue, Suite 470 <br> Irvine, CA 92612-7114 | Request for Special Notice <br> <u>Attys for Bank of New York, US Bank Nat'l Assoc., DJL Mortgage Capital, Inc., et al.</u> <br> Donna L. LaPorte, Esq. <br> Wright, Finlay & Zack, LLP <br> 4665 MacArthur Court, Suite 280 <br> Newport Beach, CA 92660 |

| In re: AUTOMATED FINANCE CORPORATION fka AUTOMATED FINANCIAL, LLC, dba Out of BK.com; dba 520debt.com; dba Calabasas Financial Center Mortgages; dba FHA1FHA.com, Debtor(s). | CHAPTER 7<br>CASE NUMBER 1:08-bk-14339-MT |
|---|---|

| | |
|---|---|
| Request for Special Notice<br>Attorneys for American Nat'l Insurance Company<br>Alfred M. Clark, Esq.<br>Brandon J. Witkow, Esq.<br>Amber L. Harley, Esq.<br>Locke Lord Bissell & Liddell LLP<br>300 South Grand Avenue, Suite 800<br>Los Angeles, CA 90071 | Request for Special Notice<br>Attorneys for Gateway Bank F.S.B.<br>Aron M. Oliner<br>Duane Morris LLP<br>One Market Plaza<br>Spear Street Tower, Suite 2000<br>San Francisco, CA 94105-1104 |
| Attorneys for Amy Entin<br>Lawrence A. Diamant<br>Robinson, Diamant & Wolkowitz, APC<br>1888 Century Park East, Suite 1500<br>Los Angeles, CA 90067 | Attorneys for International City Bank<br>Bernard D. Bollinger<br>Buchalter Nemer, A Professional Law Corporation<br>1000 Wilshire Boulevard, 15th Floor<br>Los Angeles, CA 90017-2457 |
| Attorneys for Creditors<br>Jean-Jacques Dalpe, Genevieve L. Dalpe<br>Jeffrey A. Robinson<br>Gregory E. Robinson<br>Robinson & Robinson LLP<br>2301 Dupont Dr., Suite 530<br>Irvine, CA 92612 | Attorneys for Nestor Constantino<br>Kenneth R. Graham<br>Law Offices of Kenneth R. Graham<br>171 Mayhew Way, Suite 208<br>Pleasant Hill, CA 94523 |
| Interested Party<br>Mallory Geller<br>Jan R. Geller<br>1649 South Harbor Blvd.,<br>Los Angeles, CA 90006 | Attorneys for Flagstar Bank<br>Jesse Finlayson<br>Finlayson & Williams LLP<br>15615 Alton Parkway, Suite 250<br>Irvine, CA 92618 |

-6-

| In re: AUTOMATED FINANCE CORPORATION fka AUTOMATED FINANCIAL, LLC, dba Out of BK.com; dba 520debt.com; dba Calabasas Financial Center Mortgages; dba FHA1FHA.com, Debtor(s). | CHAPTER 7 <br> CASE NUMBER 1:08-bk-14339-MT |
|---|---|

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION OF CHAPTER 7 TRUSTEE FOR ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN THE TRUSTEE AND NURIT PETRI** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of September 30, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Bernard D Bollinger   bbollinger@buchalter.com, IFS_filing@buchalter.com;smartin@buchalter.com
- Jeffrey W Broker   jbroker@brokerlaw.biz
- Richard Burstein   rburstein@ebg-law.com, ecf@ebg-law.com
- Jesse S Finlayson   jfinlayson@faw-law.com, wmills@faw-law.com
- Donna L La Porte   vcorbin@wrightlegal.net, gtran@wrightlegal.net
- Elmer D Martin   elmermartin@msn.com
- Aron M Oliner   roliner@duanemorris.com
- Natella Royzman   nroyzman@rdwlawcorp.com
- George E Schulman   GSchulman@DGDK.Com
- David Seror   kpscion@ecjlaw.com, dseror@ecf.epiqsystems.com
- United States Trustee (SV)   ustpregion16.wh.ecf@usdoj.gov
- Brandon J Witkow   bwitkow@lockelord.com

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒   Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐   Service information continued on attached page

154636

| In re: AUTOMATED FINANCE CORPORATION fka AUTOMATED FINANCIAL, LLC, dba Out of BK.com; dba 520debt.com; dba Calabasas Financial Center Mortgages; dba FHA1FHA.com, Debtor(s). | CHAPTER 7<br>CASE NUMBER 1:08-bk-14339-MT |
|---|---|

**II. SERVED BY THE COURT VIA U.S. MAIL**:

| | |
|---|---|
| Request for Special Notice<br>Attys for Claimant/Secured Cred. East West Bank<br>Curtis C. Jung, Esq., Clifford P. Jung, Esq.<br>Monica H. Lin, Esq.<br>Jung & Yuen, LLP<br>888 South Figueroa Street, Suite 720<br>Los Angeles, CA 90017 | Request for Special Notice<br>Attorneys for Creditors<br>Jean-Jacques Dalpe, Genevieve L. Dalpe<br>Paula E. Meyer, Esq.<br>Paula E. Meyer & Associates APC<br>730 E. Chapman Avenue<br>Orange, CA 92866 |
| Request for Special Notice<br>Attorneys for Clear Channel Broadcasting, Inc. and Emmis Radio LLC<br>Allan Herzlich, Esq.<br>Marta Peczat, Esq.<br>Herzlich & Blum, LLP<br>15760 Ventura Blvd., Suite 2024<br>Encino, CA 91436-3095 | Attorneys for Creditors<br>Jean-Jacques Dalpe, Genevieve L. Dalpe<br>Jeffrey A. Robinson<br>Gregory E. Robinson<br>Robinson & Robinson LLP<br>2301 Dupont Dr., Suite 530<br>Irvine, CA 92612 |
| Attorneys for Nestor Constantino<br>Kenneth R. Graham<br>Law Offices of Kenneth R. Graham<br>171 Mayhew Way, Suite 208<br>Pleasant Hill, CA 94523 | Interested Party<br>Mallory Geller<br>Jan R. Geller<br>1649 South Harbor Blvd.,<br>Los Angeles, CA 90006 |

-8-