| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| MANFRED SCHROER, ESQ.  #78065<br>22545 Barton Road, Suite 204<br>Grand Terrace, CA 92313<br><br>(909)783-4422  * Fax (909)783-4411<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:*  Annie L. Lawrence, Movant & Debtor in an other BK Court | |

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

| In re<br>AUTOMATED FINANCE CORPORATION, fka, AUTOMATED FINANCIAL LLC, aka, COLLATERALIZED WAREHOUSING FUND LLC, fka CSAP, aka WAVE SOUNT INC, aka JTT TRUST, aka JTT FAMILY TRUST, aka FIRST CITY FUNDING<br>Debtor(s). | CHAPTER: 7<br>CASE NO.: 1:08-bk-14339 MT<br>DATE: 2/11/10<br>TIME: 9:30 A.M.<br>CTRM: 302<br>FLOOR: 3RD |
|---|---|

## NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (with supporting declarations)
(MOVANT: Annie L. Lawrence )
(Action in ~~Non~~-bankruptcy Forum)
    Other

1. NOTICE IS HEREBY GIVEN to the Debtor(s) and Trustee (if any)("Responding parties"), their attorneys (if any), and other interested parties that on the above date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting relief from the automatic stay as to Debtor(s) and Debtor's(s') bankruptcy estate on the grounds set forth in the attached Motion.

2. **Hearing Location:**  ☐ 255 East Temple Street, Los Angeles      ☐ 411 West Fourth Street, Santa Ana
    ☒ 21041 Burbank Boulevard, Woodland Hills      ☐ 1415 State Street, Santa Barbara
    ☐ 3420 Twelfth Street, Riverside

3. a. ☒ This Motion is being heard on REGULAR NOTICE pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response to this Motion with the Bankruptcy Court and serve a copy of it upon the Movant's attorney (or upon Movant, if the Motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and must appear at the hearing of this Motion.

   b. ☐ This Motion is being heard on SHORTENED TIME. If you wish to oppose this Motion, you must appear at the hearing. Any written response or evidence must be filed and served:

   ☐ at the hearing      ☐ at least _____ court days before the hearing.

   (1) ☐ A Motion for Order Shortening Time was not required (according to the calendaring procedures of the assigned judge).

   (2) ☐ A Motion for Order Shortening Time was filed per Local Bankruptcy Rule 9075-1(b) and was granted by the Court.

   (3) ☐ A Motion for Order Shortening Time has been filed and remains pending. Once the Court has ruled on that Motion, you will be served with another notice or an order that will specify the date, time, and place of the hearing on the attached Motion and the deadline for filing and serving a written opposition to the Motion.

4. You may contact the Bankruptcy Clerk's Office to obtain a copy of an approved court form for use in preparing your response *(Optional Court Form F 4001-1.RES)*, or you may prepare your response using the format required by Local Bankruptcy Rule 9004-1 and the Court Manual.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                            **F 4001-1M.NA**

Motion for Relief from Stay (Non-bankruptcy Action) - *Page 2 of* ____    **F 4001-1M.NA**

| In re | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| AUTOMATED FINANCE CORPORATION, fka, AUTOMATED FINANCIAL LLC, aka, COLLATERALIZED WAREHOUSING FUND LLC, fka CSAP, aka WAVE SOUNT INC, aka Debtor(s). | | CASE NO.: 1:08-bk-14339 MT |

5. If you fail to file a written response to the Motion or fail to appear at the hearing, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Dated: 1/15/10

LAW OFFICES OF MANFRED SCHROER
*Print Law Firm Name (if applicable)*

[signature]

MANFRED SCHROER
*Print Name of Individual Movant or Attorney for Movant*

*Signature of Individual Movant or Attorney for Movant*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 4001-1M.NA**

| | | |
|---|---|---|
| Motion for Relief from Stay (Non-bankruptcy Action) - *Page 3 of* ___ | | **F 4001-1M.NA** |

| In re (SHORT TITLE) AUTOMATED FINANCE CORPORATION, fka, AUTOMATED FINANCIAL LLC, aka, COLLATERALIZED WAREHOUSING FUND LLC, fka CSAP, aka WAVE SOUNT INC, aka Debtor(s). | CHAPTER: 7 CASE NO.: 1:08-bk-14339 MT |
|---|---|

# MOTION FOR RELIEF FROM THE AUTOMATIC STAY
**(MOVANT:** Annie L. Lawrence **)**

1. **The Non-bankruptcy Action:** Movant moves for relief from the automatic stay as to Debtor(s) and Debtor's(s') bankruptcy estate with respect to the following pending lawsuit or administrative proceeding (the "~~Non~~-bankruptcy Action") in a ~~non~~-bankruptcy forum:
   Other                                        Other

   Case name: ANNIE L. LAWRENCE
   Docket number: 6:09-bk-40438 MJ
   Court or agency where pending: Riverside Division of the United States Bankruptcy Court

2. **Case History:**
   a. ☐ A voluntary  ☒ An involuntary  petition under Chapter  ☒ 7  ☐ 11  ☐ 12  ☐ 13
      was filed on *(specify date):* 6/26/08
   b. ☐ An Order of Conversion to Chapter  ☐ 7  ☐ 11  ☐ 12  ☐ 13
      was entered on *(specify date):*
   c. ☐ Plan was confirmed on *(specify date):*
   d. ☐ Other bankruptcy cases affecting this action have been pending within the past two years. See attached Declarations.
   e. For additional case history, see attached continuation page.

3. **Grounds for Relief from Stay:** Pursuant to 11 U.S.C. § 362(d)(1), cause exists to grant Movant relief from stay to proceed with the Non-bankruptcy Action to final judgment in the non-bankruptcy forum for the following reasons:
   a. ☐ The bankruptcy case was filed in bad faith specifically to delay, hinder or interfere with prosecution of the Non-bankruptcy Action.
   b. ☐ The claim is insured. Movant seeks recovery only from applicable insurance, if any, and waives any deficiency or other claim against the Debtor(s) or estate property.
   c. ☐ Movant seeks recovery primarily from third parties and agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor(s) or estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.
   d. ☐ Mandatory abstention applies under 28 U.S.C. § 1334(c)(2), and Movant agrees that the stay will remain in effect as to enforcement of any resulting judgment against the Debtor(s) or estate, except that Movant will retain the right to file a proof of claim under 11 U.S.C. § 501 and/or an adversary complaint under 11 U.S.C. § 523 or § 727 in this bankruptcy case.
   e. ☐ The claims are non-dischargeable in nature and can be most expeditiously resolved in the non-bankruptcy forum.
   f. ☐ The claims at issue arise under non-bankruptcy law and can be most expeditiously resolved in the non-bankruptcy forum.
   g. ☒ Other reasons to allow the ~~Non~~-bankruptcy Action to proceed are set forth in an attached Declaration.
      Other

4. ☐ Movant also seeks annulment of the stay so that filing of the bankruptcy petition does not affect any and all of the enforcement actions that were taken after the filing of the bankruptcy petition in this case, as specified in the attached Declaration(s).

5. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto.)*
   a. ☒ Movant submits the attached Declaration(s) to provide evidence in support of this Motion pursuant to Local Bankruptcy Rules.
   b. ☐ Movant requests that the Court consider as admissions the statements made by Debtor(s) under penalty of perjury concerning Movant's claims set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit _____.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                               **F 4001-1M.NA**

Motion for Relief from Stay (Non-bankruptcy Action) - *Page 4 of* ____    **F 4001-1M.NA**

| In re | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| AUTOMATED FINANCE CORPORATION, fka, AUTOMATED FINANCIAL LLC, aka, COLLATERALIZED WAREHOUSING FUND LLC, fka CSAP, aka WAVE SOUNT INC, aka Debtor(s). | | CASE NO.: 1:08-bk-14339 MT |

    c. ☒ Other evidence *(specify)*:
        Appraiser's Declaration and Appraisal attached hereto as Exhibit "1".

6. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this Court issue an Order granting the following:**

1. Relief from the stay to Movant (and its successors and assigns, if any) *(check boxes re all applicable relief requested)*:
    a. ☒ Terminating the stay as to Debtor(s) and Debtor's(s') bankruptcy estate.
    b. ☐ Annulling the stay so that the filing of the bankruptcy petition does not affect postpetition acts, as specified in the attached Declaration(s).
    c. ☐ Modifying or conditioning the stay as set forth in the attached continuation page:

2. Allowing Movant to proceed under applicable non-bankruptcy law to enforce its remedies to proceed to final judgment in the non-bankruptcy forum, provided that the stay remains in effect with respect to enforcement of any judgment against Debtor(s) or estate property.

3. ☒ Additional provisions requested:
    a. ☐ That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
    b. ☒ That the 14-day stay prescribed by Bankruptcy Rule 4001(a)(3) be waived.
    c. ☐ That the Extraordinary Relief be granted as set forth in the Attachment *(attach Optional Court Form F 4001-1M.ER)*.
    d. ☐ For other relief requested, see attached continuation page.

4. If relief from stay is not granted, Movant respectfully requests the Court to order adequate protection.

Dated: 1/15/10    Respectfully submitted,

    Annie L. Lawrence
    *Movant Name*

    LAW OFFICES OF MANFRED SCHROER
    *Firm Name of Attorney for Movant (if applicable)*

By: _/s/ Manfred Schroer_
    *Signature*

Name: MANFRED SCHROER
    *Typed Name of Individual Movant or Attorney for Movant*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009    **F 4001-1M.NA**

Motion for Relief from Stay (Non-bankruptcy Action) - *Page 5 of* ____   **F 4001-1M.NA**

| In re | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| AUTOMATED FINANCE CORPORATION, fka, AUTOMATED FINANCIAL LLC, aka COLLATERALIZED WAREHOUSING FUND LLC, fka CSAP, aka WAVE SOUNT INC, aka Debtor(s). | | CASE NO.: 1:08-bk-14339 MT |

## DECLARATION RE ACTION IN ~~NON~~-BANKRUPTCY FORUM (OTHER)
**(MOVANT:** Annie L. Lawrence **)**

I, MANFRED SCHROER _____, declare as follows:
*(Print Name of Declarant)*

1. I have personal knowledge of the matters set forth in this declaration and, if called upon to testify, I could and would competently testify thereto. I am over 18 years of age. I have knowledge regarding the state court lawsuit, administrative proceeding, or other action in a non-bankruptcy forum ("Non-bankruptcy Action") that is the subject of this Motion because:

   a. ☐ I am the Movant.
   b. ☒ I am the Movant's attorney of record in the ~~Non~~-bankruptcy Action. (Other)
   c. ☐ I am employed by the Movant as *(state title and capacity)*:
   d. ☐ Other *(specify)*:

2. I am one of the custodians of the books, records and files of Movant as to those books, records and files that pertain to the Non-bankruptcy Action. I have personally worked on books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Movant, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Movant's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Movant by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event. The business records are available for inspection and copies can be submitted to the Court if required.

3. The ~~Non~~-bankruptcy Action at issue is currently pending as: (Other)

   Case name: ANNIE L. LAWRENCE
   Docket number: 6:09-bk-40438 MJ
   Court or agency where pending: Riverside Division of the United States Bankruptcy Court

4. Procedural Status:

   a. The causes of action pleaded in the non-bankruptcy forum are *(list)*:
      Chapter 13 "Lam" motion (to be filed upon receipt of Relief from Stay Order.

      True and correct copies of the pleadings filed before the non-bankruptcy forum are attached hereto as Exhibit _____.

   b. The Non-bankruptcy Action was filed on *(specify date)*: 12/15/09

   c. Trial or hearing began/is scheduled to begin on *(specify date)*:

   d. The trial or hearing is estimated to require the following number of court days *(specify)*: N/A

   e. Other defendants to the Non-bankruptcy Action are *(specify)*: None

5. Grounds for relief from stay:

   a. ☐ The claim is insured. The insurance carrier and policy number are *(specify)*:

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                      F 4001-1M.NA

Motion for Relief from Stay (Non-bankruptcy Action) - *Page 6 of* ____  **F 4001-1M.NA**

| In re (SHORT TITLE)<br>AUTOMATED FINANCE CORPORATION, fka, AUTOMATED FINANCIAL LLC, aka, COLLATERALIZED WAREHOUSING FUND LLC, fka CSAP, aka WAVE SOUNT INC, aka Debtor(s). | CHAPTER: 7<br>CASE NO.: 1:08-bk-14339 MT |
|---|---|

b. ☐ The matter can be tried more expeditiously in the non-bankruptcy forum.

   (1) ☐ It is currently set for trial on:

   (2) ☐ It is in advanced stages of discovery and Movant believes that it will be set for trial by *(specify date)*:
       The basis for this belief is *(specify)*:

   (3) ☐ The matter involves non-debtor parties who are not subject to suit in the bankruptcy court. A single trial in the non-bankruptcy forum is the most efficient use of judicial resources.

c. ☐ The bankruptcy case was filed in bad faith specifically to delay or interfere with the prosecution of the Non-bankruptcy Action.

   (1) ☐ Movant is the only creditor (or the only substantial creditor) scheduled by the Debtor(s).

   (2) ☐ The timing of the petition filing shows that it was intended to delay or interfere with the Non-bankruptcy Action based upon the following facts *(specify)*:

   (3) ☐ Debtor(s) does(do) not have a reasonable likelihood of reorganizing in this Chapter ☐ 11  ☐ 13   bankruptcy case based upon the following facts *(specify)*:

d. ☐ For other facts justifying relief from stay, see attached continuation page.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on** January 15 , 2010 , at Grand Terrace, California *(city, state)*.

MANFRED SCHROER                                        [signature]
*Print Declarant's Name*                                *Signature of Declarant*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                         **F 4001-1M.NA**

**DECLARATION OF MANFRED SCHROER**

I, MANFRED SCHROER, hereby declare:

1. I am a lawyer licensed to practice in California and before all Federal District Court's in this State. Also, I am counsel of record for ANNIE L. LAWRENCE, the Debtor herein, in case number 6:09-BK-40438 MJ, filed December 15, 2009, as a chapter 13 case pending in the Riverside Division of the Central District of California. The facts asserted herein I know of my own knowledge and I could and would testify thereto if called upon to do so.

2. From my review of the documentation relating to the 3rd deed of trust on my client's residence, any claim by Automated Finance Corporation, aka, First City Funding ("Automated/First City" or "Debtor" hereinafter) is wholly unsecured. As such said lien is subject to a "Lam" motion which is to determine whether the senior lien is greater than the value of the property.

3. Such a motion, however, can not be filed until and unless relief from stay is obtained in the Debtor's case before the bankruptcy court of the Honorable Meredith Jury can rule on such a motion.

4. As to the value of the real property, the appraiser's declaration and the appraisal is attached hereto. As to the balance owed on both the first (Litton) and second (Americus) deed of trust, please see Mrs. Lawrence's declaration with

/////

7

1  attached exhibits.
2      5.  Therefore, no matter what the balance of the third
3  (Debtor's) trust deed is, it is wholly unsecured.
4      6.  Also attached hereto as Exhibit "6" are Mrs. Lawrence's
5  bankruptcy schedules "A" and "D".

7      I declare under penalty of perjury that the above is true
8  and correct.

10     Executed on January 17, 2010, at Grand Terrace, California.

_____
MANFRED SCHROER

8

**DECLARATION OF ANNIE L. LAWRENCE**

I, ANNIE L. LAWRENCE, do hereby by declare that I am the Debtor in the underlying chapter 13 case. The facts asserted herein I know of my own knowledge and I could and would testify thereto if called upon to do so.

1. I filed this Chapter 13 case on or about December 15, 2009 and I am the Movant in this Motion to Lien Strip the Second Lien of AMERICUS FINANCIAL CORPORATION DEFINED BENEFIT PENSION PLAN ("AMERICUS" hereinafter) and the Third Lien of FIRST CITY FUNDING DBA CREDIT CORP. aka, AUTOMATED FINANCE CORPORATION ("AUTOMATED" hereinafter) off my residence located at 4453 Torrey Pines Drive, Chino Hills, California, San Bernardino County.

2. At or near the date of filing this Chapter 13 case, I commissioned an appraisal which appraised the property at $460,000.00.

3. There are three (3) consensual mortgage liens against the property. The First Trust Deed holder, LITTON LOAN SERVICING, ("LITTON" hereinafter), is owed a balance of approximately $541,500.00 as per Notice of Trustee's Sale dated March 17, attached hereto as Exhibit "2". Also attached, as Exhibit "3", is a copy of the Deed of Trust recorded April 20, 2004 as Instrument No. 2004-0269863.

4. The Second Trust Deed in favor of AMERICUS had an unpaid balance of approximately $51,532.66. To evidence same see attached as Exhibit "4" the Proof of Claim filed in my prior case, dated September 17, 2007, from this junior lien holder. Also attached, as Exhibit "5", is a copy of the Long Form Deed of

9

1  Trust recorded on January 12, 2006, as Instrument No. 2006-
2  0025017. to evidence priority of recording.
3
4      I declare under penalty of perjury that the above is true
5  and correct.
6
7      Executed on December 22, 2009, at Grand Terrace,
8  California.
9
10
11                              x _____
                                    ANNIE L. LAWRENCE
12

**DECLARATION OF FRANK ROSALES**

**IN REGARDS TO ESTIMATED VALUE OF REAL ESTATE**

I, Frank Rosales, hereby declare and state as follows:

1. I am the owner of RTS Services, located at 5910 Lawson Peak Way, Fontana, California 92336.

2. As to the following facts, I know them to be true of my own personal knowledge, and if called upon to testify in this action, I could and would testify thereto competently thereto.

3. I am a real estate appraiser who conducted the physical inspection and analysis that formed the basis of the Appraisal Report concerning the property generally described as: 4453 Torrey Pines Drive, Chino Hills, California, 91709, and which is legally described as follows:

> Lot 54 of Tract No. 14652-1, in the City of Chino Hills, County of San Bernardino, State of California, as per map recorded in Book 260, Page(s) 52 to 59 inclusive of Maps, in the office of the County recorder of said County.
>
> APN. 1017-054-15

("property" hereinafter). I have personally inspected the property. A copy of said Appraisal Report is submitted to this Court as an attachment to this Declaration (Exhibit "1").

4. I have no present of contemplated interest in the real estate that is the subject of this appraisal Report and the fee I receive is in no manner contingent upon the value reported.

5. I have no personal interest or bias with respect to the subject matter of this Appraisal Report of the parties involved.

6. For purposes of this appraisal, market value is defined as:

11

1  The most probable price which a property should bring in a
2  competitive and open market under all conditions requisite to a
3  fair sale, the buyer and seller, each acting prudently, know-
4  ledgeably and assuming the price definition is the consummation
5  of a sale as of a specified date and the passing of title from
6  seller to buyer under conditions whereby:

8      A.  Buyer and seller are typically motivated;
9      B.  Both parties are well informed or well advised, and
10        each acting in which he/she considers his own best
          interest;
11     C.  A reasonable time is allowed for exposure in the open
          market;
13     D.  Payment is made in terms of cash in U.S. Dollars or in
          terms of financial arrangements comparable thereto;
          and,
15     E.  The price represents the normal consideration for the
          property sold unaffected by special or creative
          financing or sales concessions granted by anyone
16       associated with the sale.

17  6. Based upon the analysis presented in the appraisal
18 report, it is my opinion that the market value of the subject
19 property, as of December 18, 2009, is $460,000.00.

21  I declare under penalty of perjury that the above is true
22 and correct.

24  Executed on December 22, 2009, at Fontana, California.

27  FRANK ROSALES
28  AR032416

12

Motion for Relief from Stay (Non-bankruptcy Action) - *Page 7 of* ____    **F 4001-1M.NA**

| In re | (SHORT TITLE) | CHAPTER: 7 |
|---|---|---|
| AUTOMATED FINANCE CORPORATION, fka, AUTOMATED FINANCIAL LLC, aka, COLLATERALIZED WAREHOUSING FUND LLC, fka CSAP, aka WAVE SOUNT INC, aka Debtor(s). | | CASE NO.: 1:08-bk-14339 MT |

**NOTE**: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
22545 Barton Road, Suite 204, Grand Terrace, CA 92313

A true and correct copy of the foregoing document described as NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 1/17/10 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☑ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served)**:
On 1/17/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/17/10 | Gabriela Figueroa | *Gabriela Figueroa* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                                                                    **F 4001-1M.NA**

ADDITIONAL SERVICE

VIA E-MAIL:

CHAPTER 7 TRUSTEE: David Seror kpscion@ecjlaw.com, dseror@ecf.epiqsystems.com
U.S. TRUSTEE: United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov
John B Acierno ecfcacb@piteduncan.com
Bernard D Bollinger bbollinger@buchalter.com,
    IFS_filing@buchalter.com;smartin@buchalter.com
Richard Burstein rburstein@ebg-law.com, ecf@ebg-law.com
Joseph H Catmull jhc@marcin.com
Ellen Cha echa@piteduncan.com, ecfcacb@piteduncan.com
Arturo M Cisneros arturo@mclaw.org
Aaron De Leest aed@dgdk.com
Jesse S Finlayson jfinlayson@faw-law.com, wmills@faw-law.com
Parisa Fishback ecfcacb@piteduncan.com
Daniel H Gill ecf@ebg-law.com, dgill@ebg-law.com
Robert P Goe kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
Kenneth R Graham krg@elaws.com
Steven T Gubner sgubner@ebg-law.com, ecf@ebg-law.com
Ira Benjamin Katz Ikatz@katzlaw.net
Raffi Khatchadourian raffi@hemar-rousso.com
Donna L La Porte vcorbin@wrightlegal.net, gtran@wrightlegal.net
Steven M Lawrence generalmailaswlawoffice.com@alvaradoca.com
William Malcolm bill@mclaw.org
Elmer D Martin elmermartin@msn.com
Aron M Oliner roliner@duanemorris.com
Natella Royzman nroyzman@rdwlawcorp.com
Kenneth N Russak krussak@frandzel.com, banderson@frandzel.com;efiling@frandzel.com
Edward G Schloss egs2@ix.netcom.com
George E Schulman GSchulman@DGDK.Com
Yaron Shaham yshaham@wolfewyman.com
Corey R Weber ecf@ebg-law.com, cweber@ebg-law.com
Brandon J Witkow bwitkow@lockelord.com

SERVICE BY U.S. MAIL:

Honorable Bankrupt Court Judge
Hon. Maureen Tighe,
21041 Burbank Blvd.
Woodland Hills, CA 91376-6606

Debtor:
Automated Finance Corporation
24100 Calabasas Road
Calabasas, CA 91302